Robert J. Maynes, ISB No. 6905
**MAYNES TAGGART, PLLC**
525 S. Park Ave., Suite 2E
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email:  myneslaw@hotmail.com

*Counsel for Debtors/Debtors-in-possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 17-40989 JDP |
|---|---|
| HATHAWAY, PAUL J, HATHAWAY, MIKKI JAN, | Chapter 11 |
| Debtors. | |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ABOVE CAPTIONED ESTATE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of the dates specified below on the value, operations and profitability of those entities in which the Paul & Mikki Hathaway own a controlling interest, as required by Bankruptcy Rule 2015.3. Please see the following entities:

| Entity Name | Interest of the Estate | Pages |
|---|---|---|
| Hathaway Homes Group, L.L.C. | 100% | 3-7 |
| All Terrain, LLC | 100% | 8-10 |
| Lundyn, LLC | 100% | 11-12 |
| Titleist | 50% | 13-18 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report,

PERIODIC REPORT (Rule 2015.3)
Page 1

along with summarized footnotes.  Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE
OR DEBTORS-IN-POSSESSION.

The undersigned, having reviewed the above listing of entities in which Paul & Mikki Hathaway hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.


Date:  12/6/17            DEBTOR-IN-POSSESSION


                          By:   /s/ Paul J Hathaway_____
                                Paul J Hathaway

Date:  12/6/17            DEBTOR-IN-POSSESSION


                          By:   /s/ Mikki J. Hathaway_____
                                Mikki Jan Hathaway



DATED:      December 7, 2017


                          /s/ Robert J. Maynes_____
                          ROBERT J. MAYNES
                          Debtors' counsel

# Hathaway Homes Group, L.L.C.
## Exhibit A
## Valuation Estimate for Hathaway Homes Group, L.L.C.

The value of this entity is uncertain. Paul & Mikki Hathaway own 100% of this entity. There are a number of pending legal actions against the entity, which also name Paul individually. Paul, and/or other business entities or individuals, may have also personally guaranteed a number of the business debts.

The judgments or pending lawsuits are summarized as follows:

| Case Name | Alleged Prayer or Judgment Amount |
|---|---|
| TAG Lending, LLC v. Hathaway Homes Group, L.L.C., All Terrain, L.L.C and Paul Hathaway, CV-170100066 | $3,773,008.17 |
| TJ-2 Holdings, LLC v. Hathaway Homes Group, L.L.C. and Paul Hathaway, CV-17-4707 | $191,612.90 |
| Edwards v. Hathaway Homes Group, L.L.C. and Paul Hathaway, CV-17-115 | $85,000.00 |
| Riddle v. Hathaway Homes Group, L.L.C. and Paul Hathaway CV-17-426 | $75,000.00 |
| Wallace v. Paul Hathaway and Hathaway Homes Group, L.L.C., CV-17-817C | $30,000.00 |
| Felger v. Hathaway Homes Group, L.L.C., no case filed, but prepetition demand received | $30,000.00 |
| Zumberge v. Hathaway Homes Group, L.L.C. and Paul Hathaway, CV-17-6531 | $110,000.00 |
| Carson & KP Investments, L.L.C. v. Hathaway Homes Group, L.L.C., | Undetermined |
| Bedolla-Ramos v. Paul Hathaway, CV-17-203 | Undetermined |

In addition, there is a pre-petition investigative demand from the Idaho Attorney General's office pursuant to Idaho Code § 48-611 requesting information regarding, inter alia, consumer complaints. There may be other legal actions of which the Paul & Mikki Hathaway are currently unaware.

Last, Hathaway Homes Group, LLC recently filed its own chapter 11 bankruptcy petition, seeking to reorganize. See Bankruptcy Case No. 17-40992 JDP. As such, the Hathaways are unable to estimate the current value of this company.

**Exhibit B-1**
**Statements of Assets, Liabilities, and Equity (Income Tax Basis) for**
**Hathaway Homes Group, L.L.C.**
As of December 31, 2016

HATHAWAY HOMES GROUP, LLC
STATEMENTS OF ASSETS, LIABLITIES, AND EQUITY
INCOME TAX BASIS
DECEMBER 31, 2016

|  | 2016 |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash in bank | $ -- |
| Accounts receivable | 12,535,484 |
| Inventories | 2,881,201 |
| TOTAL CURRENT ASSETS | 15,416,685 |
| **PROPERTY AND EQUIPMENT** | |
| Leasehold improvements, equipment, rental real estate | 63,118 |
| Less accumulated depreciation | (62,468) |
| NET PROPERTY AND EQUIPMENT | 650 |
| TOTAL ASSETS | $ 15,417,335 |
| **LIABILITIES AND MEMBER EQUITY** | |
| **CURRENT LIABILITIES** | |
| Cash in bank – deficit | $ 303,385 |
| Accounts payable | 9,626 |
| Sales tax payable | 175,747 |
| Payroll taxes payable | 6,372 |
| Accrued interest | 201,928 |
| Unearned revenue mobile home sales | 12,630,684 |
| Flooring payable | 3,223,436 |
| Notes payable | 831,225 |
| TOTAL CURRENT LIABILITIES | 17,382,403 |
| TOTAL LIABILITIES | 17,382,403 |
| **MEMBER EQUITY** | |
| Member equity (deficit) | (1,965,068) |
| TOTAL LIABILITIES & MEMBER EQUITY | $ 15,417,335 |

No assurance is provided on these financial statements.

PERIODIC REPORT (Rule 2015.3)
Page 4

**Exhibit B-2**
**Statement of Revenues and Expenses (Income Tax Basis) for**
**Hathaway Homes Group L.L.C.**
Period ending December 31, 2016

HATHAWAY HOMES GROUP, LLC
STATEMENTS OF REVENUES AND EXPENSES
INCOME TAX BASIS
FOR THE YEAR ENDED
DECEMBER 31, 2016

|  | 2016 |
|---|---|
| SALES | $ 7,672,048 |
| COST OF SALES | 5,926,701 |
| GROSS PROFIT | 1,745,347 |
| GROSS PROFIT PERCENTAGE | 22.75% |
| OPERATING EXPENSES | |
| Payroll expense | $   211,043 |
| Supplies | 117,016 |
| Rent | 108,627 |
| Utilities | 69,678 |
| Vehicle expense | 62,686 |
| Miscellaneous | 41,561 |
| Repairs and maintenance | 37,754 |
| Professional fees | 36,634 |
| Insurance | 30,857 |
| Officer salary | 30,000 |
| Taxes and licenses | 22,789 |
| Advertising | 18,554 |
| Travel | 10,124 |
| Bank charges | 10,040 |
| Telephone | 9,504 |
| Employee health insurance | 9,294 |
| Contributions | 8,200 |
| Office supplies | 6,575 |
| Depreciation | 3,456 |
| Credit card fees | 2,588 |
| Licenses and permits | 1,812 |
| Meals and entertainment | 1,668 |
| Computer and internet | 1,343 |
| TOTAL OPERATING EXPENSES | $   851,803 |

No assurance is provided on these financial statements.

PERIODIC REPORT (Rule 2015.3)
Page 5

HATHAWAY HOMES GROUP, LLC
STATEMENT OF REVENUES AND EXPENSES
INCOME TAX BASIS
FOR THE YEAR ENDED DECEMBER 31, 2016

|  | 2016 |
|---|---|
| TOTAL OPERATING EXPENSES (FORWARD) | $ 851,803 |
| SUBTOTAL | 893,544 |
| OTHER EXPENSES | |
| Interest | 343,860 |
| NET INCOME (LOSS) | $ 549,684 |
| PERCENTAGE | 7.17% |

No assurance is provided on these financial statements.

**Exhibit B-3**
**Statement of Cash Flows for Hathaway Homes Group L.L.C.**

No such statement has been prepared.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Hathaway Homes Group L.L.C.**

No such statement has been prepared.

**Exhibit C**
**Description of Operations for Hathaway Homes Group L.L.C.**

As noted on Hathway Homes Group's (HHG) website, hathawayhomesgroup.com, HHG has been an eastern Idaho manufactured home and RV deal for over 50 years.  HHG deals in new and used modular homes, mobile homes and equipment trailers (toy haulers).  There are two locations, St. Anthony and Idaho Falls, ID.

**All Terrain, LLC**

**Exhibit A**
**Valuation Estimate for All Terrain, LLC**

The value of this entity is uncertain. Paul & Mikki Hathaway own 100% of this entity. This entity's primary purpose was for the delivery and installation of mobile homes. All Terrain also owns a 50% interest in three subsidiaries, Ace Land Holdings, LLC; Eagle Alliance, LLC and GIR Properties, LLC, which are real estate holding and management companies. For information regarding these subsidiaries, please see the All Terrain, LLC Rule 2015.3 Report, filed or to be filed, in Case No. 17-40999.

There is at least one legal action against the entity, which also name Paul individually, for which a judgment has been entered in the amount noted below. Paul, and/or other business entities or individuals, may have also personally guaranteed a number of the business debts.

| Case Name | Alleged Prayer or Judgment Amount |
|---|---|
| TAG Lending, LLC v. Hathaway Homes Group, L.L.C., All Terrain, L.L.C and Paul Hathaway, CV-170100066 | $3,773,008.17 |

All Terrain, LLC recently filed its own chapter 11 bankruptcy petition, seeking to reorganize. See Bankruptcy Case No. 17-40999 JDP. As such, the Hathaways are unable to estimate the current value of this company.

**Exhibit B-1**
**Balance Sheet for All Terrain, LLC**

No such statement has been prepared.

# Exhibit B-2
### Statement of Income (Loss) for All Terrain, LLC
Period ending December 31, 2016

**SCHEDULE C (Form 1040)** — Department of the Treasury, Internal Revenue Service (99)
**Profit or Loss From Business** (Sole Proprietorship)
▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.
OMB No. 1545-0074
**2016**
Attachment Sequence No. **09**

Name of proprietor: **PAUL J. HATHAWAY**
Social security number (SSN): [Redacted Personal Identifier] 4393

A Principal business or profession, including product or service (see instructions): **MOBILE HOME SALES**
B Enter code from instructions: ▶ **441210**

C Business name. If no separate business name, leave blank: **ALL TERRAIN LLC**
D Employer ID number (EIN), (see instr.):

E Business address (including suite or room no.): _____
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____
G Did you "materially participate" in the operation of this business during 2016? If "No," see instructions for limit on losses ... [X] Yes  [ ] No
H If you started or acquired this business during 2016, check here ▶ [ ]
I Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) ... [ ] Yes  [X] No
J If "Yes," did you or will you file required Forms 1099? ... [ ] Yes  [ ] No

## Part I  Income

| # | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 217,739. |
| 2 | Returns and allowances | |
| 3 | Subtract line 2 from line 1 | 217,739. |
| 4 | Cost of goods sold (from line 42) | 104,881. |
| 5 | Gross profit. Subtract line 4 from line 3 | 112,858. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 112,858. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | | 18 | Office expense | |
| 9 | Car and truck expenses (see instructions) | | 19 | Pension and profit-sharing plans | |
| | | | 20 | Rent or lease (see instructions): | |
| 10 | Commissions and fees | | 20a | Vehicles, machinery, and equipment | |
| 11 | Contract labor (see instructions) | | 20b | Other business property | 3,200. |
| 12 | Depletion | | 21 | Repairs and maintenance | 2,589. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 15,562. | 22 | Supplies (not included in Part III) | 25,317. |
| | | | 23 | Taxes and licenses | 38,697. |
| | | | 24 | Travel, meals, and entertainment: | |
| 14 | Employee benefit programs (other than on line 19) | | 24a | Travel | 3,016. |
| | | | 24b | Deductible meals and entertainment (see instructions) | 1,630. |
| 15 | Insurance (other than health) | 22,640. | 25 | Utilities | 2,433. |
| 16 | Interest: | | 26 | Wages (less employment credits) | 351,306. |
| 16a | Mortgage (paid to banks, etc.) | | 27a | Other expenses (from line 48) | 127,344. |
| 16b | Other | | 27b | Reserved for future use | |
| 17 | Legal and professional services | 1,665. | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | 595,399. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | -482,541. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).
Simplified method filers only: enter the total square footage of: (a) your home: _____
and (b) the part of your home used for business: _____.
Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ... | 30 | |

31 Net profit or (loss). Subtract line 30 from line 29.
• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2.
(If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32. | 31 | -482,541. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2.
(If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.
32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

LHA  For Paperwork Reduction Act Notice, see the separate instructions.
Schedule C (Form 1040) 2016
620001 11-07-16

**Exhibit B-3**
**Statement of Cash Flows for All Terrain, LLC**

No such statement has been prepared.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for All Terrain, LLC**

No such statement has been prepared.

**Exhibit C**
**Description of Operations for All Terrain, LLC**

All Terrain, LLC transports and installs manufactured and modular homes.

**Lundyn, LLC**

**Exhibit A**
**Valuation Estimate for Lundyn, LLC**

Lundyn, LLC is an Idaho limited liability company created in 2014. Paul & Mikki Hathaway own 100% of this limited liability company. Historically, Lundyn, LLC owned and managed two pieces of real estate.

The first parcel is located in Saint Anthony, Idaho and consists of the commercial building and approximately 8.6 acres of land (comprised of three tax parcels) where HHG conducts its business, commonly known as 2155 S. Yellowstone Hwy. The 2017 tax assessed value is $292,032. This property was transferred from Lundyn, LLC to Paul Hathaway prepetition and is subject to a loan from Wells Fargo Bank.

The second parcel is located at 1506 2nd Street West, Williston, North Dakota ("ND property"). This property was transferred from Lundyn, LLC to Paul Hatahway prepetition and is subject to the loan from TJ-2 Holdings, LLC. The ND property is currently listed for $450,000.00.

There is a foreclosure action that has been stayed by the bankruptcy petition, noted as follows:

| Case Name | Alleged Prayer or Judgment Amount |
|---|---|
| TJ-2 Holdings, LLC v. Lundyn, LLC, Case No. Unknown | $445,911.28 |

Future operations of this LLC are uncertain. As such, any valuation estimation would be speculative.

**Exhibit B-1**
**Balance Sheet for Lundyn, LLC**

No such statement has been prepared.

**Exhibit B-2**
**Statement of Income (Loss) for Lundyn, LLC**
Period ending December 31, 2016

```
FORM 8582         ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1      STATEMENT   27

                           CURRENT YEAR          PRIOR YEAR     OVERALL GAIN OR LOSS
                           ─────────────         UNALLOWED      ─────────────────────
NAME OF ACTIVITY      NET INCOME    NET LOSS       LOSS          GAIN         LOSS
────────────────      ──────────    ────────     ──────────     ──────       ──────
(LUNDYN LLC)            1,277.         0.                       1,277.

TOTALS                  1,277.         0.                       1,277.
                      ==========   ==========   ==========    ==========   ==========


FORM 8582              SUMMARY OF PASSIVE ACTIVITIES                    STATEMENT  28

R
R                    FORM
E                     OR                 PRIOR        NET       UNALLOWED   ALLOWED
A NAME              SCHEDULE GAIN/LOSS  YEAR C/O   GAIN/LOSS     LOSS        LOSS
─ ────              ──────── ─────────  ────────   ─────────   ─────────   ─────────
X (LUNDYN LLC)       SCH E    1,277.                1,277.

TOTALS                        1,277.                1,277.
                            ==========  ========  ==========  =========   =========
PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME
                                                                         ──────────
TOTAL
                                                                         ==========
```

**Exhibit B-3**
**Statement of Cash Flows for Lundyn, LLC**

No such statement has been prepared.

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Lundyn, LLC**

No such statement has been prepared.

**Exhibit C**
**Description of Operations for Lundyn, LLC**

Please see the information provided in Exhibit A.

# TITLEIST, LLC

## Exhibit A
### Valuation Estimate for Titleist, LLC

    Titleist, LLC is an Idaho limited liability company created in 2011.  Paul & Mikki Hathaway own 50% of this limited liability company.  Titleist owns three rental properties located in Madison County, Idaho.  The first is a trailer park and clubhouse (thirteen trailer capacity).  The second is the Camden Apartments (three buildings).  Last, there are two 4-plexes.

    The 2017 tax assessed value is as follows:

|  | Address | Acres | Tax Assessed Value |
|---|---|---|---|
| Trailer Park (aka Pier 340) | 340 N. 12th W., Rexburg, ID 83440 | 4.946 | $ 758,190.00 |
|  | 340 N. 12th W., Rexburg, ID 83440 | 1.371 | 232,490.00 |
| Camden Apartments | 275 W. 5th S., Rexburg, ID 83440 | 1.5 | 2,109,540.00 |
| Four-plex (2) | 364 W. 1st N., Rexburg, ID 83440 | 0.00 (per tax assessor's office) | 579,570.00 |

    The above referenced properties are subject to purchase-money loans.  Rents are sufficient to service the existing mortgages (approximately $1.5 million) and additional revenue beyond maintenance costs.

    Titleist previously owned a 25% interest in a subsidiary LLC, Joint Venture, LLC, which owned real estate and stock in various locations and an out-of-state company.  Joint Venture was dissolved in 2017 and the assets distributed prepetition.

    The impact of the bankruptcy filing on valuation, company operations, relationship with other owners, etc. is difficult to determine. As such, based on the foregoing values Paul and Mikki Hathaway estimate the value of their 50% interest in this company to be approximately $1,089,895.

**Exhibit B-1**
**Balance Sheet for Titleist, LLC**
As of December 31, 2016

Form 1065 (2016)  TITLEIST LLC    45-2621903    Page 5

**Analysis of Net Income (Loss)**

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | | 1 | 161,034 |
|---|---|---|---|---|---|---|---|---|
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | | (vi) Nominee/Other |
| a | General partners | | | | | | | |
| b | Limited partners | | | | 161,034 | | | |

**Schedule L — Balance Sheets per Books**

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 49,658 | | 23,558 |
| 2a | Trade notes and accounts receivable | | | 1,100 | |
| b | Less allowance for bad debts | | | | 1,100 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets SEE STMT 3 (attach statement) | | 825 | | 737,007 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments SEE STMT 4 (attach statement) | | 25,211 | | |
| 9a | Buildings and other depreciable assets | 331,318 | | 3,331,477 | |
| b | Less accumulated depreciation | 45,855 | 285,463 | 2,227,379 | 1,104,098 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | 8,000 | |
| b | Less accumulated amortization | | | 489 | 7,511 |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 361,157 | | 1,873,274 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | 4,635 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities SEE STMT 5 (attach statement) | | | | 4,446 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | 1,580,792 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 361,157 | | 283,401 |
| 22 | Total liabilities and capital | | 361,157 | | 1,873,274 |

45-2621903

# Federal Statements

### Form 1065, Schedule L, Line 1 - Cash

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ 49,658 | $ 23,558 |
| TOTAL | $ 49,658 | $ 23,558 |

### Form 1065, Schedule L, Line 2a - Trade Notes and Accounts Receivable

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ | $ 1,100 |
| TOTAL | $ 0 | $ 1,100 |

### Form 1065, Schedule L, Line 9a - Buildings and Other Depreciable Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ 331,318 | $ 3,331,477 |
| TOTAL | $ 331,318 | $ 3,331,477 |

### Form 1065, Schedule L, Line 9b - Accumulated Depreciation

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ 45,855 | $ 2,227,379 |
| TOTAL | $ 45,855 | $ 2,227,379 |

### Form 1065, Schedule L, Line 15 - Accounts Payable

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ | $ 4,634 |
| ROUNDING ADJUSTMENT |  | 1 |
| TOTAL | $ 0 | $ 4,635 |

### Form 1065, Schedule L, Line 19b - Mortgage, Notes, Bonds Payable in 1 Yr or More

| Description | Beginning of Year | End of Year |
|---|---|---|
|  | $ | $ 1,580,792 |
| TOTAL | $ 0 | $ 1,580,792 |

**Exhibit B-2**
**Statement of Income (Loss) for Titleist, LLC**
Period ending December 31, 2016

**Form 8825** (Rev. December 2010)
Department of the Treasury
Internal Revenue Service

**Rental Real Estate Income and Expenses of a Partnership or an S Corporation**
See instructions on back.
Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

Name: **TITLEIST LLC**
Employer identification number: **45-2621903**

1. Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| A | 4 PLEXES<br>364 W 1ST N<br>REXBURG ID 83440 | 1<br>SINGLE FAM RESIDENCE | 365 | |
| B | CAMDEN APARTMENTS<br>253 W 5TH S<br>REXBURG ID 83440 | 2<br>MULTI-FAM RESIDENCE | 365 | |
| C | PIER 340<br>340 W 1ST N<br>REXBURG ID 83440 | 1<br>SINGLE FAM RESIDENCE | 365 | |
| D | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| 2 | Rental Real Estate Income<br>Gross rents | 2 | 60,868 | 278,194 | 105,445 | |
| | Rental Real Estate Expenses | | | | | |
| 3 | Advertising | 3 | | 5,487 | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | 200 | 3,134 | 1,200 | |
| 6 | Commissions | 6 | | 294 | 35 | |
| 7 | Insurance | 7 | 2,513 | | 3,408 | |
| 8 | Legal and other professional fees | 8 | 839 | | | |
| 9 | Interest | 9 | | 52,327 | | |
| 10 | Repairs | 10 | 20,589 | 11,516 | 2,810 | |
| 11 | Taxes | 11 | 8,370 | 31,857 | 12,458 | |
| 12 | Utilities | 12 | 6,795 | 44,653 | 17,986 | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | 6,492 | 31,654 | 13,661 | |
| 15 | Other (list)<br>SEE STMT 6,7,8 | 15 | 6,205 | 28,535 | 6,838 | |
| 16 | Total expenses for each property.<br>Add lines 3 through 15 | 16 | 52,003 | 209,457 | 58,396 | |
| 17 | Income or (Loss) from each property. Subtract line 16 from line 2 | 17 | 8,865 | 68,737 | 47,049 | |

| | | | |
|---|---|---|---|
| 18a | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 444,507 |
| b | Total expenses. Add total expenses from line 16, columns A through H | 18b | ( 319,856 ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | 56,724 |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |

(1) Name: **JOINT VENTURE LLC**
(2) Employer identification number: **45-2082033**

| | | | |
|---|---|---|---|
| 21 | Net rental estate income (loss). Combine lines 18a through 20a. Enter the result here and on:<br>Form 1065 or 1120S: Schedule K, line 2, or<br>Form 1065-B: Part I, line 4 | 21 | 181,375 |

For Paperwork Reduction Act Notice, see back of form.
Form **8825** (12-2010)
DAA

PERIODIC REPORT (Rule 2015.3)
Page 16

45-2621903

# Federal Statements

### Statement 6 - 4 PLEXES - Form 8825, Line 15 - Other

| Description | Amount |
|---|---:|
| SUPPLIES | $ 590 |
| LICENSE | 85 |
| CLEANING SUPPLIES | 590 |
| COMMISSION & FEES | 260 |
| SUPPLIES | 1,910 |
| CONTRACT EXPENSE | 175 |
| SNOW REMOVAL | 2,295 |
| PROPERTY MANAGEMENT | 300 |
| TOTAL | $ 6,205 |

### Statement 7 - CAMDEN APARTMENTS - Form 8825, Line 15 - Other

| Description | Amount |
|---|---:|
| BANK CHARGES | $ 3,486 |
| MARKETING SUPPLIES | 140 |
| MISCELLENEOUS | 320 |
| SNOW REMOVAL | 85 |
| SUPPLIES | 173 |
| GROUND MAINTENANCE | 2,301 |
| OFFICE SUPPLIES | 528 |
| POSTAGE & DELIVERY | 13 |
| PROPERTY MANAGEMENT | 21,000 |
| AMORTIZATION | 489 |
| TOTAL | $ 28,535 |

### Statement 8 - PIER 340 - Form 8825, Line 15 - Other

| Description | Amount |
|---|---:|
| GROUND MAINTENANCE | $ 6,238 |
| PROPERTY MANAGEMENT | 600 |
| TOTAL | $ 6,838 |

6-8

## Exhibit B-3
### Statement of Cash Flows for Titleist, LLC

No such statement has been prepared.

## Exhibit B-4
### Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Titleist, LLC

No such statement has been prepared.

## Exhibit C
### Description of Operations for Titleist, LLC

Titleist, LLC owns and manages the above-referenced real estate.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 8, 2017, I caused to be filed a copy of attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

And as otherwise noted on the Court's Notice of Electronic Filing.

      DATED:      December 8, 2017

                    */s/ Robert J. Maynes*_____
                    ROBERT J. MAYNES
                    Debtors' counsel