**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul J Hathaway** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mikki Jan Hathaway** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | **17-40989 JDP** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $   **1,532,994.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $   **170,316.68** |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $   **1,703,310.68** |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   **1,568,257.97** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $   **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   **5,817,184.12** |
| **Your total liabilities** | $   **7,385,442.09** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $   **7,844.84** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................... | $   **9,869.29** |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |
| | | Case number *(if known)* | **17-40989 JDP** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ ___7,384.22___

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse, if filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **17-40989 JDP** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

---

1.1

**Residence**
**335 N. 2149 E.**
Street address, if available, or other description

**Saint Anthony**    **ID**    **83445-0000**
City       State    ZIP Code

**Fremont**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**TAX 1629 SEC 15 TWP 7 RGE 40**
**TAX 1446 LESS RAX 1628-1629**
**SEC 15 TWP 7 RGE 40**

**Commonly known & identitfied as**
**335 N. & 337 N. 2149 E.**
**St. Anthony, ID 83445**
**(tax assessed value)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$790,962.00** | **$790,962.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☑ Check if this is community property (see instructions)

---

Debtor 1    **Paul J Hathaway**

Debtor 2    **Mikki Jan Hathaway**

Case number *(if known)*    **17-40989 JDP**

---

1.2    **If you own or have more than one, list here:**

**North Dakota Property**
**1506 2 St. W.**

Street address, if available, or other description

| Williston | ND | 58801-0000 |
|---|---|---|
| City | State | ZIP Code |

**Williams**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**LOTS 5, 6 and 7, LESS THE SOUTH 60 FEET, HILLCREST SUBDIVISION TO THE CITY OF WILLISTON, WILLIAMS COUNTY, NORTH DAKOTA (tax assessed value)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$450,000.00** | **$450,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Future interest**

■ **Check if this is community property**
(see instructions)

---

1.3    **If you own or have more than one, list here:**

**Office Property**
**2155 S. Yellowstone Hwy.**

Street address, if available, or other description

| Saint Anthony | ID | 83445-0000 |
|---|---|---|
| City | State | ZIP Code |

**Fremont**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **Office property**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**TAX 2822 LESS TAX 2736 & 1458 SEC 12 TWP 7 RGE 40 PP;
TAX 2821 SEC 12 TWP 7 RGE 40;
TAX 2736 LESS TAX 3127 SEC 12 TWP 7 RGE 40.
(tax assessed value)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$292,032.00** | **$292,032.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

■ **Check if this is community property**
(see instructions)

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**    **$1,532,994.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    Paul J Hathaway
Debtor 2    Mikki Jan Hathaway

Case number *(if known)*    **17-40989 JDP**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Nissan** |
|---|---|---|
| | Model: | **Infiniti QX 80** |
| | Year: | **2014** |
| | Approximate mileage: | **82,174** |
| | Other information: | |

VIN -2297

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$40,200.00**

Current value of the portion you own? **$40,200.00**

---

| 3.2 | Make: | **BMW** |
|---|---|---|
| | Model: | **335ix Drive Sedan** |
| | Year: | **2013** |
| | Approximate mileage: | **61,730** |
| | Other information: | |

VIN-6323

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$22,775.00**

Current value of the portion you own? **$22,775.00**

---

| 3.3 | Make: | **Hyundai** |
|---|---|---|
| | Model: | **Sante Fe** |
| | Year: | **2009** |
| | Approximate mileage: | **139,000** |
| | Other information: | |

VIN # 9477
Minor (daughter's) car
Trade in value

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$5,000.00**

Current value of the portion you own? **$5,000.00**

---

| 3.4 | Make: | **Ford** |
|---|---|---|
| | Model: | **F450 Super** |
| | Year: | **2008** |
| | Approximate mileage: | **101,021** |
| | Other information: | |

VIN# - 7621

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$27,075.00**

Current value of the portion you own? **$27,075.00**

---

| 3.5 | Make: | **Mitsubishi** |
|---|---|---|
| | Model: | **Truck** |
| | Year: | **1988** |
| | Approximate mileage: | **104,990.5** |
| | Other information: | |

VIN # 2159
Use it to haul trash
Trade in value

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$200.00**

Current value of the portion you own? **$200.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number *(if known)*    **17-40989 JDP**

---

| | | | | |
|---|---|---|---|---|
| **3.6** | Make: | **Polaris** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **UTV Razor** | ☐ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: | 7906 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **VIN #6576** **Trade in value** | | ■ Check if this is community property (see instructions) | $11,075.00 / $11,075.00 |

| | | | | |
|---|---|---|---|---|
| **3.7** | Make: | **Oldsmobile** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Alero** | ☐ Debtor 1 only | |
| | Year: | **2004** | ☐ Debtor 2 only | |
| | Approximate mileage: | **210,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ■ At least one of the debtors and another | |
| | **VIN #7550** **Trade in value** | | ■ Check if this is community property (see instructions) | $2,500.00 / $2,500.00 |

| | | | | |
|---|---|---|---|---|
| **3.8** | Make: | **Cana** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **UTV** | ☐ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: | **2712.1** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **VIN #-0566** **Trade in value** | | ■ Check if this is community property (see instructions) | $5,660.00 / $5,660.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | | | |
|---|---|---|---|---|
| **4.1** | Make: | **Artic Cat** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Snowmobile** | ☐ Debtor 1 only | |
| | Year: | **1996** | ☐ Debtor 2 only | |
| | | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **VIN #6796** **Trade in value** | | ■ Check if this is community property (see instructions) | $880.00 / $880.00 |

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>**    **$115,365.00**

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

---

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | |
|---|---|
| Kitchen aid | $40.00 |
| Blender | $10.00 |
| Toaster oven | $15.00 |
| Canisters | $5.00 |
| 2 Small humidifiers | $5.00 |
| Rice cooker | $10.00 |
| 2 Crockpots | $20.00 |
| Electric fry pan | $10.00 |
| Electric wok | $5.00 |
| Waffle maker | $5.00 |
| Egg cooker | $4.00 |
| Kitchen table | $100.00 |
| (8) Kitchen chairs | $100.00 |
| Hutch | $50.00 |
| Corner table | $50.00 |
| Kenmore Elite refrigerator | $400.00 |
| Ice maker | $100.00 |
| Toaster | $10.00 |
| Microwave | $20.00 |
| Insta pot | $10.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Paul J Hathaway**
Debtor 2  **Mikki Jan Hathaway**

Case number *(if known)*  **17-40989 JDP**

| | |
|---|---|
| Roaster | $20.00 |
| George Forman grill | $25.00 |
| Kenmore Elite washer | $150.00 |
| Kenmore Elite dryer | $150.00 |
| White sewing machine | $50.00 |
| Sofa table #1 | $10.00 |
| Sofa table #2 | $10.00 |
| Couch #1 | $100.00 |
| Love seat #1 | $75.00 |
| Side table #1 | $50.00 |
| Side table #2 | $25.00 |
| Clock | $10.00 |
| Coat bench | $25.00 |
| Entry cabinet | $15.00 |
| Entertainment center | $175.00 |
| Sectional | $100.00 |
| Side table w lamp #1 | $25.00 |
| Side table w lamp #2 | $50.00 |
| Piano (40 years old) | $50.00 |
| (2) Stacked trunks | $20.00 |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | |
|---|---|
| **Tall metal vase** | $5.00 |
| **Bed (master bedroom)** | $250.00 |
| **Side tables w lamps #1 (master bedroom)** | $50.00 |
| **Side tables w lamps #2 (master bedroom)** | $50.00 |
| **Dresser #1 (master bedroom)** | $100.00 |
| **Dresser #2 (master bedroom)** | $50.00 |
| **Sofa #1** | $75.00 |
| **Chair (master bedroom)** | $50.00 |
| **Treadmill** | $65.00 |
| **Stair stepper** | $150.00 |
| **Elliptical** | $150.00 |
| **Weight set** | $40.00 |
| **Office desk** | $75.00 |
| **Small GE refrigerator** | $125.00 |
| **Bookshelf** | $20.00 |
| **Chair w foot stool** | $25.00 |
| **Love seat #2** | $100.00 |
| **Credenza** | $150.00 |
| **File cabinet** | $30.00 |
| **Hall table** | $70.00 |

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**                                              Case number *(if known)*    **17-40989 JDP**

| | |
|---|---:|
| Queen bed (minor's room) | $40.00 |
| Side table w lamp #1 (minor's room) | $20.00 |
| Side table w lamp #2 (minor's room) | $20.00 |
| Chair (minor's room) | $110.00 |
| Dresser (minor's room) | $10.00 |
| Desk (minor's room) | $20.00 |
| Sofa #2 | $75.00 |
| Double bed #1  (vacant room) | $80.00 |
| Double bed #2  (vacant room) | $80.00 |
| Side table #1 (vacant room) | $40.00 |
| Side table #2 (vacant room) | $30.00 |
| Dresser #1 (vacant room) | $25.00 |
| Dresser #2 (vacant room) | $25.00 |
| Credenza  (vacant room) | $75.00 |
| Bean bag  (vacant room) | $10.00 |
| Small round portable fire pit | $75.00 |
| (6) Metal outdoor chairs | $60.00 |
| Sectional (basement) | $200.00 |
| Pool table | $250.00 |
| Ping pong table | $150.00 |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | |
|---|---|
| Foose ball table | $75.00 |
| Air hockey table | $75.00 |
| Round game table | $75.00 |
| Sofa #3 | $100.00 |
| Sofa #4 | $100.00 |
| Sofa #5 | $100.00 |
| Love seat #3 | $75.00 |
| Credenza (basement) | $80.00 |
| Small refrigerator (basement) | $50.00 |
| Gumball machine | $10.00 |
| Pinball machine | $200.00 |
| Ottoman (basement) | $50.00 |
| Blow dryer | $3.00 |
| Curling iron | $3.00 |
| Flat iron | $3.00 |
| Irobot roomba vacuum | $30.00 |
| Iron #1 | $10.00 |
| Iron #2 | $10.00 |
| Chest freezer | $40.00 |
| Salad shooter | $5.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | |
|---|---|
| Hand mixer | $5.00 |
| Electric knife | $1.00 |
| Food processor | $10.00 |
| (2) Christ pictures ($50.00 ea) | $100.00 |
| Riding lawn mower<br>John Deere 747<br>17 years old | $400.00 |
| (4) Shovels ($15.00 ea.) | $60.00 |
| Weed Eater | $30.00 |
| (4) Rakes ($10.00 ea.) | $40.00 |
| Wheelbarrow | $40.00 |
| (4) Pruners ($10.00 ea) | $40.00 |
| Torch | $10.00 |
| (2) Trimmer Pruners ($10.00 ea) | $20.00 |
| Rototiller | $40.00 |
| Living picture | $20.00 |
| (2) Master bedroom pictures ($20.00 ea.) | $40.00 |
| (2) Family room pictures ($20.00 ea) | $40.00 |
| Kitchen picture | $25.00 |
| Utility room picture | $20.00 |
| Hallway picture | $50.00 |
| Credenza (minor's room) | $15.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |
| | | Case number *(if known)* | **17-40989 JDP** |

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| X Box | $50.00 |
| Wii | $50.00 |
| TV 35" | $135.00 |
| TV 45" | $190.00 |
| Computer | $150.00 |
| Laptop | $250.00 |
| IPad | $40.00 |
| Nook #1 | $25.00 |
| Nook #2 | $25.00 |
| Printer #1 | $35.00 |
| Printer #2 | $35.00 |
| HP Envy 23 computer | $190.00 |
| HP Office Jet Pro 6830 printer | $50.00 |
| TV 50" | $400.00 |
| Nikon camera | $175.00 |
| Camcorder | $100.00 |
| Projector TV | $250.00 |
| Dvd player #1 | $40.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | | |
|---|---|---|
| **Dvd player #2** | | $40.00 |
| **Debtor's laptop** | | $250.00 |
| **IPad #2** | | $40.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| | | |
|---|---|---|
| **DVDs** | | $200.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | | |
|---|---|---|
| **(2) Sleeping bags ($25.00 ea)** | | $50.00 |
| **Golf equipment Debtor** | | $250.00 |
| **Golf equipment Joint Debtor** | | $150.00 |
| **Golf equipment (minor)** | | $150.00 |
| **(5) Lawn chairs ($15.00 ea)** | | $75.00 |
| **Tent** | | $50.00 |
| **(6) Fishing poles ($10.00 ea)** | | $60.00 |
| **(3) Dutch ovens ($10.00 ea)** | | $30.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | | |
|---|---|---|
| **Smith & Wesson 44 Mag. -revolver**<br>**located at 335 N. 2149 E. St. Anthony, ID 83445** | | $200.00 |
| **Taurus 410 GA - revolver**<br>**located at 335 N. 2149 E. St. Anthony, ID 83445** | | $200.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Paul J Hathaway** | | |
|----------|--------------------|--|--|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Debtor's clothing | $500.00 |
|-------------------|---------|

| Joint debtor's clothing | $500.00 |
|-------------------------|---------|

| Minor child clothing | $250.00 |
|----------------------|---------|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Wedding Ring<br>Debtor | $250.00 |
|------------------------|---------|

| Wedding ring<br>Joint Debtor | $1,200.00 |
|------------------------------|-----------|

| Miscellaneous jewelry | $150.00 |
|-----------------------|---------|

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................................

| **$14,014.00** |
|----------------|

| **Part 4:** | **Describe Your Financial Assets** |
|-------------|-----------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|----------------------------------------------------------------------------|---------------------------------------------------------------------------------------------|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.................................................................................................................

| **Cash on hand** | $3,280.00 |
|------------------|-----------|

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| | | | |
|---|---|---|---|
| 17.1. | Savings | **ICCU Bank Acct. No. -8042 (Joint Debtor)** <br> **balance as of 11/09/17** | **$25.00** |
| 17.2. | Free Checking | **ICCU Bank Acct. No. -8207(Joint Debtor)** <br> **balance as of 11/09/17** | **$9.15** |
| 17.3. | Free Checking | **Beehive Credit Union Checking Acct. No. -5-010 (Joint Debtor)** <br> **balance as of 11/09/17** | **$101.49** |
| 17.4. | Key Advantage Money Market Checking | **KeyBank Checking Acct. No. - 3198** <br> **balance as of 10/25/17** | **$0.00** |
| 17.5. | Regular Shares | **Beehive Credit Union Acct. No. -5-001** <br> **balance as of 09/30/17** | **$25.00** |
| 17.6. | Market Shares Account | **Beehive Credit Union Acct. No. -5-005** <br> **balance as of 09/30/17** | **$0.28** |
| 17.7. | Savings | **ICCU Bank Acct. No. -8791(Debtor)** <br> **balance as of 11/9/17** | **$25.00** |
| 17.8. | Checking | **Wells Fargo Acct. No. -0113** <br> **balance as of 11/8/17** | **$24.77** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Titleist, LLC** | **50%** | % | **Unknown** |
| **Hathaway Homes Group, LLC** <br> **100% Debtor** | **100%** | % | **Unknown** |
| **All Terrain, LLC** | **100%** | % | **Unknown** |
| **Lundyn, LLC** | **100%** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
              Issuer name:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(K) Savings Plan**<br>**Account Life Path 2030** | **KeyCorp (Joint debtor)**<br>**as of 9/30/2017** | **$31,163.99** |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................        Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2017 (unfiled returns)** | **Federal & State** | **Unknown** |
|---|---|---|

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **MassMutual Flexible Premium Adjustable Life Policy No. -9,405 Debtor 1 Owner (Face value $100,000.00) (Surrender value -net $3,283.00)** | **Paul Hathaway** | **$3,283.00** |
    | **Farmers New World 20 year Term Policy No. -8019 Dated 6/8/2001** | **Mikki Hathaway** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No

    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ■ Yes.  Describe each claim.........

    | | |
    |---|---|
    | **Court Case CV-2017-228 Confirmation of Easement, Damages to Property, attorney's fees/costs** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ■ Yes.  Describe each claim.........

    | | |
    |---|---|
    | **Attorney's fees and costs on various legal actions (listed in paragraph 9 of the SOFA)** | **Unknown** |

35. **Any financial assets you did not already list**

    ■ No

    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**  **$37,937.68**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.

    ☐ Yes.  Go to line 38.

---

| Debtor 1 | **Paul J Hathaway** | |
|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | |
| | | Case number *(if known)*  **17-40989 JDP** |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

| Earned but unpaid wages for Debtor (estimated) | $1,500.00 |
|---|---|
| Earned but unpaid wages for Joint Debtor (estimated) | $1,500.00 |
| Water rights - Fremont Madison Irrigation District (17 acres/feet - 23 acres/feet) | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  | $3,000.00 |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | $1,532,994.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $115,365.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $14,014.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $37,937.68 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $3,000.00 | |
| 62. | **Total personal property. Add lines 56 through 61**... | $170,316.68 | Copy personal property total | $170,316.68 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $1,703,310.68 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **17-40989 JDP** |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:     Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Residence 335 N. 2149 E. Saint Anthony, ID 83445  Fremont County TAX 1629 SEC 15 TWP 7 RGE 40 TAX 1446 LESS RAX 1628-1629 SEC 15 TWP 7 RGE 40**  **Commonly known & identified as 335 N. & 337 N. 2149 E. St. Anthony, ID 83445 (tax assessed value)** Line from *Schedule A/B*: **1.1** | $790,962.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1001, 55-1002, 55-1003** |
| **2014 Nissan Infiniti QX 80 82,174 miles** **VIN -2297** Line from *Schedule A/B*: **3.1** | $40,200.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(3)** |
| **2013 BMW 335ix Drive Sedan 61,730 miles** **VIN-6323** Line from *Schedule A/B*: **3.2** | $22,775.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(3)** |
| **Kitchen aid** Line from *Schedule A/B*: **6.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Official Form 106C                     Schedule C: The Property You Claim as Exempt                     page 1 of 17

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Blender**<br>Line from *Schedule A/B*: **6.2** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Toaster oven**<br>Line from *Schedule A/B*: **6.3** | $15.00 | ■ | $15.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Canisters**<br>Line from *Schedule A/B*: **6.4** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 Small humidifiers**<br>Line from *Schedule A/B*: **6.5** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Rice cooker**<br>Line from *Schedule A/B*: **6.6** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 Crockpots**<br>Line from *Schedule A/B*: **6.7** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electric fry pan**<br>Line from *Schedule A/B*: **6.8** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electric wok**<br>Line from *Schedule A/B*: **6.9** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Waffle maker**<br>Line from *Schedule A/B*: **6.10** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Egg cooker**<br>Line from *Schedule A/B*: **6.11** | $4.00 | ■ | $4.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Kitchen table**<br>Line from *Schedule A/B*: **6.12** | $100.00 | ■ | $100.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **(8) Kitchen chairs**<br>Line from *Schedule A/B*: **6.13** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Hutch**<br>Line from *Schedule A/B*: **6.14** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Corner table**<br>Line from *Schedule A/B*: **6.15** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Kenmore Elite refrigerator**<br>Line from *Schedule A/B*: **6.16** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Ice maker**<br>Line from *Schedule A/B*: **6.17** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Toaster**<br>Line from *Schedule A/B*: **6.18** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Microwave**<br>Line from *Schedule A/B*: **6.19** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Insta pot**<br>Line from *Schedule A/B*: **6.20** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Roaster**<br>Line from *Schedule A/B*: **6.21** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **George Forman grill**<br>Line from *Schedule A/B*: **6.22** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Kenmore Elite washer**<br>Line from *Schedule A/B*: **6.23** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Kenmore Elite dryer**<br>Line from *Schedule A/B*: **6.24** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **White sewing machine**<br>Line from *Schedule A/B*: **6.25** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa table #1**<br>Line from *Schedule A/B*: **6.26** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa table #2**<br>Line from *Schedule A/B*: **6.27** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Couch #1**<br>Line from *Schedule A/B*: **6.28** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Love seat #1**<br>Line from *Schedule A/B*: **6.29** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table #1**<br>Line from *Schedule A/B*: **6.30** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table #2**<br>Line from *Schedule A/B*: **6.31** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Clock**<br>Line from *Schedule A/B*: **6.32** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Coat bench**<br>Line from *Schedule A/B*: **6.33** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Entry cabinet**<br>Line from *Schedule A/B*: **6.34** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

| Debtor 1 | **Paul J Hathaway** | | | |
| Debtor 2 | **Mikki Jan Hathaway** | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Entertainment center**<br>Line from *Schedule A/B*: **6.35** | $175.00 | ■ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sectional**<br>Line from *Schedule A/B*: **6.36** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table w lamp #1**<br>Line from *Schedule A/B*: **6.37** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table w lamp #2**<br>Line from *Schedule A/B*: **6.38** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Piano (40 years old)**<br>Line from *Schedule A/B*: **6.39** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **(2) Stacked trunks**<br>Line from *Schedule A/B*: **6.40** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Tall metal vase**<br>Line from *Schedule A/B*: **6.41** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bed (master bedroom)**<br>Line from *Schedule A/B*: **6.42** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side tables w lamps #1 (master bedroom)**<br>Line from *Schedule A/B*: **6.43** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side tables w lamps #2 (master bedroom)**<br>Line from *Schedule A/B*: **6.44** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dresser #1 (master bedroom)**<br>Line from *Schedule A/B*: **6.45** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**                                                Case number (if known)    **17-40989 JDP**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Dresser #2 (master bedroom)**  Line from *Schedule A/B*: **6.46** | $50.00 | ■ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa #1**  Line from *Schedule A/B*: **6.47** | $75.00 | ■ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Chair (master bedroom)**  Line from *Schedule A/B*: **6.48** | $50.00 | ■ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Treadmill**  Line from *Schedule A/B*: **6.49** | $65.00 | ■ $65.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Stair stepper**  Line from *Schedule A/B*: **6.50** | $150.00 | ■ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Elliptical**  Line from *Schedule A/B*: **6.51** | $150.00 | ■ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Weight set**  Line from *Schedule A/B*: **6.52** | $40.00 | ■ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Office desk**  Line from *Schedule A/B*: **6.53** | $75.00 | ■ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small GE refrigerator**  Line from *Schedule A/B*: **6.54** | $125.00 | ■ $125.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bookshelf**  Line from *Schedule A/B*: **6.55** | $20.00 | ■ $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Chair w foot stool**  Line from *Schedule A/B*: **6.56** | $25.00 | ■ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |
| | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Love seat #2**  Line from *Schedule A/B*: **6.57** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Credenza**  Line from *Schedule A/B*: **6.58** | $150.00 | ■ $150.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **File cabinet**  Line from *Schedule A/B*: **6.59** | $30.00 | ■ $30.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Hall table**  Line from *Schedule A/B*: **6.60** | $70.00 | ■ $70.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Queen bed (minor's room)**  Line from *Schedule A/B*: **6.61** | $40.00 | ■ $40.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table w lamp #1 (minor's room)**  Line from *Schedule A/B*: **6.62** | $20.00 | ■ $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Side table w lamp #2 (minor's room)**  Line from *Schedule A/B*: **6.63** | $20.00 | ■ $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Chair (minor's room)**  Line from *Schedule A/B*: **6.64** | $110.00 | ■ $110.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dresser (minor's room)**  Line from *Schedule A/B*: **6.65** | $10.00 | ■ $10.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Desk (minor's room)**  Line from *Schedule A/B*: **6.66** | $20.00 | ■ $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa #2**  Line from *Schedule A/B*: **6.67** | $75.00 | ■ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | | |
| Debtor 2 | **Mikki Jan Hathaway** | | | |
| | | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
| --- | --- | --- | --- | --- |
| **Double bed #1  (vacant room)**<br>Line from *Schedule A/B*: **6.68** | $80.00 | ■ | $80.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Double bed #2  (vacant room)**<br>Line from *Schedule A/B*: **6.69** | $80.00 | ■ | $80.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Side table #1 (vacant room)**<br>Line from *Schedule A/B*: **6.70** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Side table #2 (vacant room)**<br>Line from *Schedule A/B*: **6.71** | $30.00 | ■ | $30.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dresser #1 (vacant room)**<br>Line from *Schedule A/B*: **6.72** | $25.00 | ■ | $25.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dresser #2 (vacant room)**<br>Line from *Schedule A/B*: **6.73** | $25.00 | ■ | $25.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Credenza  (vacant room)**<br>Line from *Schedule A/B*: **6.74** | $75.00 | ■ | $75.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bean bag  (vacant room)**<br>Line from *Schedule A/B*: **6.75** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Small round portable fire pit**<br>Line from *Schedule A/B*: **6.76** | $75.00 | ■ | $75.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **(6) Metal outdoor chairs**<br>Line from *Schedule A/B*: **6.77** | $60.00 | ■ | $60.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Sectional (basement)**<br>Line from *Schedule A/B*: **6.78** | $200.00 | ■ | $200.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|----------|---------------------|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |
| | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pool table**<br>Line from *Schedule A/B*: **6.79** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Ping pong table**<br>Line from *Schedule A/B*: **6.80** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Foose ball table**<br>Line from *Schedule A/B*: **6.81** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Air hockey table**<br>Line from *Schedule A/B*: **6.82** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Round game table**<br>Line from *Schedule A/B*: **6.83** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa #3**<br>Line from *Schedule A/B*: **6.84** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa #4**<br>Line from *Schedule A/B*: **6.85** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sofa #5**<br>Line from *Schedule A/B*: **6.86** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Love seat #3**<br>Line from *Schedule A/B*: **6.87** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Credenza (basement)**<br>Line from *Schedule A/B*: **6.88** | $80.00 | ■ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Small refrigerator (basement)**<br>Line from *Schedule A/B*: **6.89** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

| Debtor 1 | **Paul J Hathaway** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Gumball machine**<br>Line from *Schedule A/B*: **6.90** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Pinball machine**<br>Line from *Schedule A/B*: **6.91** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Ottoman (basement)**<br>Line from *Schedule A/B*: **6.92** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Blow dryer**<br>Line from *Schedule A/B*: **6.93** | $3.00 | ■ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Curling iron**<br>Line from *Schedule A/B*: **6.94** | $3.00 | ■ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Flat iron**<br>Line from *Schedule A/B*: **6.95** | $3.00 | ■ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Irobot roomba vacuum**<br>Line from *Schedule A/B*: **6.96** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Iron #1**<br>Line from *Schedule A/B*: **6.97** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Iron #2**<br>Line from *Schedule A/B*: **6.98** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Chest freezer**<br>Line from *Schedule A/B*: **6.99** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Salad shooter**<br>Line from *Schedule A/B*: **6.100** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | |
|----------|---------------------|---|
| Debtor 2 | **Mikki Jan Hathaway** | |
| | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Hand mixer**<br>Line from *Schedule A/B*: **6.101** | $5.00 | ■         $5.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Electric knife**<br>Line from *Schedule A/B*: **6.102** | $1.00 | ■         $1.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Food processor**<br>Line from *Schedule A/B*: **6.103** | $10.00 | ■         $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **(2) Christ pictures ($50.00 ea)**<br>Line from *Schedule A/B*: **6.104** | $100.00 | ■         $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Riding lawn mower**<br>**John Deere 747**<br>**17 years old**<br>Line from *Schedule A/B*: **6.105** | $400.00 | ■         $400.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **(4) Shovels ($15.00 ea.)**<br>Line from *Schedule A/B*: **6.106** | $60.00 | ■         $60.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Weed Eater**<br>Line from *Schedule A/B*: **6.107** | $30.00 | ■         $30.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **(4) Rakes ($10.00 ea.)**<br>Line from *Schedule A/B*: **6.108** | $40.00 | ■         $40.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Wheelbarrow**<br>Line from *Schedule A/B*: **6.109** | $40.00 | ■         $40.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **(4) Pruners ($10.00 ea)**<br>Line from *Schedule A/B*: **6.110** | $40.00 | ■         $40.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Torch**<br>Line from *Schedule A/B*: **6.111** | $10.00 | ■         $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | | |
| Debtor 2 | **Mikki Jan Hathaway** | | | |
| | | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **(2) Trimmer Pruners ($10.00 ea)**<br>Line from *Schedule A/B*: **6.112** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Rototiller**<br>Line from *Schedule A/B*: **6.113** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Living picture**<br>Line from *Schedule A/B*: **6.114** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **(2) Master bedroom pictures ($20.00 ea.)**<br>Line from *Schedule A/B*: **6.115** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **(2) Family room pictures ($20.00 ea)**<br>Line from *Schedule A/B*: **6.116** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Kitchen picture**<br>Line from *Schedule A/B*: **6.117** | $25.00 | ■ | $25.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Utility room picture**<br>Line from *Schedule A/B*: **6.118** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Hallway picture**<br>Line from *Schedule A/B*: **6.119** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Credenza (minor's room)**<br>Line from *Schedule A/B*: **6.120** | $15.00 | ■ | $15.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **X Box**<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wii**<br>Line from *Schedule A/B*: **7.2** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Paul J Hathaway**
Debtor 2 **Mikki Jan Hathaway**

Case number (if known) **17-40989 JDP**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **TV 35"**<br>Line from *Schedule A/B*: **7.3** | $135.00 | ■ | $135.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **TV 45"**<br>Line from *Schedule A/B*: **7.4** | $190.00 | ■ | $190.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Computer**<br>Line from *Schedule A/B*: **7.5** | $150.00 | ■ | $150.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Laptop**<br>Line from *Schedule A/B*: **7.6** | $250.00 | ■ | $250.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IPad**<br>Line from *Schedule A/B*: **7.7** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Nook #1**<br>Line from *Schedule A/B*: **7.8** | $25.00 | ■ | $25.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Nook #2**<br>Line from *Schedule A/B*: **7.9** | $25.00 | ■ | $25.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Printer #1**<br>Line from *Schedule A/B*: **7.10** | $35.00 | ■ | $35.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Printer #2**<br>Line from *Schedule A/B*: **7.11** | $35.00 | ■ | $35.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **HP Envy 23 computer**<br>Line from *Schedule A/B*: **7.12** | $190.00 | ■ | $190.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **HP Office Jet Pro 6830 printer**<br>Line from *Schedule A/B*: **7.13** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Paul J Hathaway** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **TV 50"**<br>Line from *Schedule A/B*: **7.14** | $400.00 | ■ | $400.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Nikon camera**<br>Line from *Schedule A/B*: **7.15** | $175.00 | ■ | $175.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Camcorder**<br>Line from *Schedule A/B*: **7.16** | $100.00 | ■ | $100.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Projector TV**<br>Line from *Schedule A/B*: **7.17** | $250.00 | ■ | $250.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dvd player #1**<br>Line from *Schedule A/B*: **7.18** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dvd player #2**<br>Line from *Schedule A/B*: **7.19** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Debtor's laptop**<br>Line from *Schedule A/B*: **7.20** | $250.00 | ■ | $250.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IPad #2**<br>Line from *Schedule A/B*: **7.21** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **DVDs**<br>Line from *Schedule A/B*: **8.1** | $200.00 | ■ | $200.00 | **Idaho Code § 11-605(1)(b)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **(2) Sleeping bags ($25.00 ea)**<br>Line from *Schedule A/B*: **9.1** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Golf equipment Debtor**<br>Line from *Schedule A/B*: **9.2** | $250.00 | ■ | $250.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1  **Paul J Hathaway**
Debtor 2  **Mikki Jan Hathaway**

Case number (if known)  **17-40989 JDP**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Golf equipment Joint Debtor**<br>Line from *Schedule A/B*: **9.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Golf equipment (minor)**<br>Line from *Schedule A/B*: **9.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **(5) Lawn chairs ($15.00 ea)**<br>Line from *Schedule A/B*: **9.5** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Tent**<br>Line from *Schedule A/B*: **9.6** | $50.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **(6) Fishing poles ($10.00 ea)**<br>Line from *Schedule A/B*: **9.7** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **(3) Dutch ovens ($10.00 ea)**<br>Line from *Schedule A/B*: **9.8** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Smith & Wesson 44 Mag. -revolver located at 335 N. 2149 E. St. Anthony, ID 83445**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Taurus 410 GA - revolver located at 335 N. 2149 E. St. Anthony, ID 83445**<br>Line from *Schedule A/B*: **10.2** | $200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(8)** |
| **Debtor's clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Joint debtor's clothing**<br>Line from *Schedule A/B*: **11.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Minor child clothing**<br>Line from *Schedule A/B*: **11.3** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number (if known) | **17-40989 JDP** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding Ring**<br>**Debtor**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **Wedding ring**<br>**Joint Debtor**<br>Line from *Schedule A/B*: **12.2** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **Miscellaneous jewelry**<br>Line from *Schedule A/B*: **12.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $3,280.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(10)** |
| **401(K) Savings Plan Account Life Path 2030: KeyCorp (Joint debtor) as of 9/30/2017**<br>Line from *Schedule A/B*: **21.1** | $31,163.99 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1011, 11-604A** |
| **MassMutual Flexible Premium Adjustable Life Policy No. -9,405 Debtor 1 Owner**<br>**(Face value $100,000.00)**<br>**(Surrender value -net $3,283.00)**<br>**Beneficiary: Paul Hathaway**<br>Line from *Schedule A/B*: **31.1** | $3,283.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **Farmers New World 20 year Term Policy No. -8019**<br>**Dated 6/8/2001**<br>**Beneficiary: Mikki Hathaway**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **Earned but unpaid wages for Debtor (estimated)**<br>Line from *Schedule A/B*: **53.1** | $1,500.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Earned but unpaid wages for Debtor (estimated)**<br>Line from *Schedule A/B*: **53.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(11)** |
| **Earned but unpaid wages for Joint Debtor (estimated)**<br>Line from *Schedule A/B*: **53.2** | $1,500.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Earned but unpaid wages for Joint Debtor (estimated)**<br>Line from *Schedule A/B*: **53.2** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(11)** |

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**                                                    Case number (if known)   **17-40989 JDP**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Water rights - Fremont Madison Irrigation District (17 acres/feet - 23 acres/feet)** Line from *Schedule A/B*: **53.3** | **Unknown** | ☐ _____  ■  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(7)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | 17-40989 JDP |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Idaho Central Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $346,607.50 | $790,962.00 | $0.00 |

**Describe the property that secures the claim:**

Residence 335 N. 2149 E. Saint Anthony, ID 83445  Fremont County TAX 1629 SEC 15 TWP 7 RGE 40 TAX 1446 LESS RAX 1628-1629 SEC 15 TWP 7 RGE 40

Commonly known & identitfied as 335 N. & 337 N. 2149 E. St. Anthony, ID 83445 (tax asses

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Home Equity Loan

**673 North 2nd East
Rexburg, ID 83440**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Date debt was incurred    8/5/2015        Last 4 digits of account number    6525

| | | | | |
|---|---|---|---|---|
| **2.2** **Idaho Central Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $37,397.76 | $40,200.00 | $0.00 |

**Describe the property that secures the claim:**

2014 Nissan Infiniti QX 80 82,174 miles
VIN -2297

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 2469
Pocatello, ID 83206**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | | | Case number (if know) | **17-40989 JDP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mikki Jan Hathaway** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __9/25/2017__          Last 4 digits of account number __0238__

---

| 2.3 | **Idaho Central Credit Union** | Describe the property that secures the claim: | $13,081.49 | $22,775.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2013 BMW 335ix Drive Sedan 61,730 miles**
**VIN-6323**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. Box 2469
Pocatello, ID 83206
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred __9/25/2017__          Last 4 digits of account number __1952__

---

| 2.4 | **Idaho Central Credit Union** | Describe the property that secures the claim: | $26,290.67 | $27,075.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2008 Ford F450 Super 101,021 miles**
**VIN# - 7621**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2469
Pocatello, ID 83206
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

Date debt was incurred _____          Last 4 digits of account number __6285__

---

| 2.5 | **MAM** | Describe the property that secures the claim: | $330,000.00 | $61,225.00 | $268,775.00 |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Paul J Hathaway** | | Case number (if know) | **17-40989 JDP** |
| | First Name        Middle Name        Last Name | | | |
| Debtor 2 | **Mikki Jan Hathaway** | | | |
| | First Name        Middle Name        Last Name | | | |

---

Creditor's Name

**c/o Alliance Title
130 E. Main St.
Rexburg, ID 83440**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Lot Surrounding Residence 335 N.
2149 E. Saint Anthony, ID 83445
Fremont County
TAX 1446 LESS TAX 1628-1629 SEC
15 TWP 7 RGE 40 MH
(tax assessed value)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.6 | **TJ-2 Holdings, LLC** | Describe the property that secures the claim: | **$240,000.00** | **$450,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**North Dakota Property 1506 2 St. W.
Williston, ND 58801  Williams
County
LOTS 5, 6 and 7, LESS THE SOUTH
60 FEET, HILLCREST SUBDIVISION
TO THE CITY OF WILLISTON,
WILLIAMS COUNTY, NORTH
DAKOTA
(tax assessed value)**

**2345 Woodruff Ave.
Idaho Falls, ID 83401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.7 | **Washington Federal** | Describe the property that secures the claim: | **$218,648.49** | **$790,962.00** | **$0.00** |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1 **Paul J Hathaway**

     First Name           Middle Name          Last Name

Debtor 2 **Mikki Jan Hathaway**

     First Name           Middle Name          Last Name

Case number (if know)  **17-40989 JDP**

---

Creditor's Name

**Residence 335 N. 2149 E. Saint Anthony, ID 83445  Fremont County TAX 1629 SEC 15 TWP 7 RGE 40 TAX 1446 LESS RAX 1628-1629 SEC 15 TWP 7 RGE 40**

**Commonly known & identitfied as 335 N. & 337 N. 2149 E. St. Anthony, ID 83445 (tax asses**

**80 N. 2nd E.
Rexburg, ID 83440**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **07/04/2000**  Last 4 digits of account number  **3832**

---

| 2.8 | **Wells Fargo Bank, N.A.** | Describe the property that secures the claim: | $356,232.06 | $292,032.00 | $64,200.06 |
|---|---|---|---|---|---|

Creditor's Name

**Office Property 2155 S. Yellowstone Hwy. Saint Anthony, ID 83445 Fremont County TAX 2822 LESS TAX 2736 & 1458 SEC 12 TWP 7 RGE 40 PP; TAX 2821 SEC 12 TWP 7 RGE 40; TAX 2736 LESS TAX 3127 SEC 12 TWP 7 RGE 40. (tax assessed value)**

**MAC U1701-022
320 A. Street
Idaho Falls, ID 83402**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred  **11/1/2017**  Last 4 digits of account number  **2118**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,568,257.97** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,568,257.97** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any

| Debtor 1 | **Paul J Hathaway** | | | Case number (if know) | **17-40989 JDP** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mikki Jan Hathaway** | | | | |
| | First Name | Middle Name | Last Name | | |

**debts in Part 1, do not fill out or submit this page.**

☐ Name, Number, Street, City, State & Zip Code
**Idaho Central Credit Union**
**PO Box 2469**
**Pocatello, ID 83206**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Jayce Howell**
**2345 Woodruff Ave.**
**Idaho Falls, ID 83401**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Jonathan P. Sanstead, Esq.**
**Attorneys for 1804 Ltd., LLC**
**P.O. Box 2596**
**Bismarck, ND 58502**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Wells Fargo Bank**
**3033 Elder Street**
**Boise, ID 83705**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **17-40989 JDP** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Idaho State Tax Commission** | Last 4 digits of account number | NOTICE ONLY | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**P.O. Box 36**
**Boise, ID 83722**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**NOTICE ONLY**

| Debtor 1 | **Paul J Hathaway** | | |
|----------|---------------------|--|--|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if know)* | **17-40989 JDP** |

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **NOTICE ONLY** | **$0.00** | **$0.00** | **$0.00** |
|-----|------------------------------|---------------------------------|------------------|-----------|-----------|-----------|

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**NOTICE ONLY**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|-------------|----------------------------------------------------|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|--|--|--|-------------|
| 4.1 | **21st Inventory Finance** | Last 4 digits of account number | **$81,832.00** |

Nonpriority Creditor's Name
**P.O. Box 220**
**Knoxville, TN 37901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guaranty**
**Hathaway Homes Group, L.L.C.**
**Inventory Finance**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

| 4.2 | **Alan Karras** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**949 N. 900 E.**
**Shelley, ID 83274**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar plans

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **NOTICE ONLY**

---

| 4.3 | **American Express** | Last 4 digits of account number | 2002 | $25,735.06 |

Nonpriority Creditor's Name
**P.O. Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card for personal and business**

---

| 4.4 | **Andrew Lillywhite, Esq.** | Last 4 digits of account number | 0066 | $0.00 |

Nonpriority Creditor's Name
**R. Chirstian Hansen, Esq.**
**595 S. Riverwoods Pkwy, 100**
**Logan, UT 84321**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal services**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number *(if know)*   **17-40989 JDP**

---

| 4.5 | **Anne P. Bright** | Last 4 digits of account number   **0288** | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 35**
**Saint Anthony, ID 83445-0035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY**
**Lawsuit note on Schedule B**

---

| 4.6 | **Ben Clark** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Accountant Services**

■ Other. Specify   **NOTICE ONLY**

---

| 4.7 | **Cindy Hansen** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**385 N. 2nd E.**
**Downey, ID 83234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **NOTICE ONLY**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number *(if know)*   **17-40989 JDP**

| 4.8 | **Citi Costco Wholesale Visa** | Last 4 digits of account number   9995 | $7,382.76 |

Nonpriority Creditor's Name
**P.O. Box 790046**
**Saint Louis, MO 63179-0046**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

| 4.9 | **Cope Excavation** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 548**
**Afton, WY 83110**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes

■ Other. Specify   **NOTICE ONLY**

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

---

| 4.1 0 | | | |
|---|---|---|---|

**Cory Murdoch**

Nonpriority Creditor's Name

**465 S. Main Street, Apt. 3**
**Driggs, ID 83422**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

| 4.1 1 | | | |
|---|---|---|---|

**David Wilkes**

Nonpriority Creditor's Name

**General Delivery**
**Afton, WY 83110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

| 4.1 2 | | | |
|---|---|---|---|

**Francisco Vigil**

Nonpriority Creditor's Name

**P.O. Box 322**
**Afton, WY 83110**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

| 4.1 3 | | | |
|---|---|---|---|

**Gerald Wilson**

Nonpriority Creditor's Name

**365 Valley Drive**
**Idaho Falls, ID 83401**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

Debtor 1  **Paul J Hathaway**
Debtor 2  **Mikki Jan Hathaway**

Case number (*if know*)    **17-40989 JDP**

---

| 4.1 4 | **Helen or Mace Riddle** | Last 4 digits of account number | **0426** | **$75,000.00** |

Nonpriority Creditor's Name
**1041 N. 2582 W.**
**Rexburg, ID 83440**
Number Street City State Zip Code

**When was the debt incurred?**    **11/7/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes

☐ Other. Specify    **Customer**

---

| 4.1 5 | **Idaho Central Credit Union** | Last 4 digits of account number | **7116** | **$6,496.66** |

Nonpriority Creditor's Name
**PO Box 2469**
**Pocatello, ID 83206**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 6 | **Jan Staker, CPA** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**William Staker & Bartle**
**1700 W. Koch St. #2**
**Bozeman, MT 59715**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Accountant Services**
**NOTICE ONLY**

---

| | |
|---|---|
| Debtor 1 **Paul J Hathaway** | |
| Debtor 2 **Mikki Jan Hathaway** | |
| | Case number (if know)  **17-40989 JDP** |

---

**4.17**

**Jayme Swartz** — Nonpriority Creditor's Name

**108 W. 625 N.**
**Centerville, UT 84014**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

**4.18**

**Jody Lemons** — Nonpriority Creditor's Name

**P.O. Box 613**
**Springville, UT 84663**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$90,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **Customer**

---

| Debtor 1 | Paul J Hathaway |
|---|---|
| Debtor 2 | Mikki Jan Hathaway |

Case number (if know)    **17-40989 JDP**

---

| 4.1 9 | **Joe or Sharon Webb** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**204 S. Tiara**
**Lyman, WY 82937**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY - Settled**

---

| 4.2 0 | **Joel Vega** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1408 North 3600 East**
**Ashton, ID 83420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

---

| 4.2 1 | **John M. Ohman, Esq.** | Last 4 digits of account number | | $10,325.79 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 51600**
**Idaho Falls, ID 83405**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
■ At least one of the debtors and another
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**
Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Legal services**
**NOTICE ONLY**

---

| 4.2 2 | **John Rosa** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2264 Jack Rabbit Ln. Unit B**
**Bozeman, MT 59718**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ Contingent
☐ At least one of the debtors and another
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**
Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Joint Venture Partnership**
**NOTICE ONLY**

---

| 4.2 3 | **Josephson Rentals** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**929 W. Riverview Dr.**
**Idaho Falls, ID 83401**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ Contingent
■ At least one of the debtors and another
■ Unliquidated
■ Disputed

■ **Check if this claim is for a  community debt**
Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**
☐ Student loans

■ No
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes
■ Other. Specify    **NOTICE ONLY**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**                                    Case number (if know)   **17-40989 JDP**

| 4.2 4 | **Karalee Sanchez** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**22 West 5th South, Apt. 10**
**Saint Anthony, ID 83445**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes                    ■ Other. Specify   **NOTICE ONLY**

---

| 4.2 5 | **Ken Wallace** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name
**5500 North Ashley Lake Road**
**Kila, MT 59920**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes                    ■ Other. Specify   **Customer**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

**4.26**

**KeyBank**

Nonpriority Creditor's Name

**P.O. Box 94902**
**Cleveland, OH 44101-4902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7560**

$24,599.08

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Line of Credit**

---

**4.27**

**KeyBank**

Nonpriority Creditor's Name

**P.O. Box 94902**
**Cleveland, OH 44101-4902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2297**

$8,542.50

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cash reserve credit**

---

**4.28**

**KeyBank**

Nonpriority Creditor's Name

**P.O. Box 94902**
**Cleveland, OH 44101-4902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4418**

$14,800.08

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Preferred Credit Line Account**

---

Debtor 1  **Paul J Hathaway**
Debtor 2  **Mikki Jan Hathaway**

Case number (*if know*)   **17-40989 JDP**

| 4.2 9 | **KeyBank** | Last 4 digits of account number | **6696** | **$24,327.63** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 94902**
**Cleveland, OH 44101-4902**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Preferred Credit Line Account**

---

| 4.3 0 | **Kimberly Felger** | Last 4 digits of account number | | **$28,150.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**704 W. Main St.**
**Hamilton, MT 59840-2348**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No



☐ Yes

When was the debt incurred?   **3/11/2017**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **Customer**

---

| 4.3 1 | **NextGear Capital, Inc.** | Last 4 digits of account number | | **$500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Mandy Stafford**
**1320 City Center Dr Ste 100**
**Carmel, IN 46032**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

| 4.3 2 | | | |
|---|---|---|---|

**Northpoint Commercial Fin.**

Nonpriority Creditor's Name
**Attn: Jell Ollander**
**11675 Rainwater Dr. Ste. 450**
**Alpharetta, GA 30009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **Various Account**                          **$600,000.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Vendor for Hathaway Homes Group, L.L.C.**

---

| 4.3 3 | | | |
|---|---|---|---|

**Oscar Bedolla-Ramos**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number   **0203**                          **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **Customer**

---

| 4.3 4 | | | |
|---|---|---|---|

**Paragon Financial Investment**

Nonpriority Creditor's Name
**6031 Bayshore Drive**
**Tooele, UT 84074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                          **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY**

---

Debtor 1  **Paul J Hathaway**
Debtor 2  **Mikki Jan Hathaway**

Case number *(if know)*    **17-40989 JDP**

---

| 4.3 5 | **Paul A. Zumberge** | Last 4 digits of account number | **6531** | | **$19,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Zumberge Law, PLLC**
**P.O. Box 137**
**Swan Valley, ID 83449**
Number Street City State Zip Code

When was the debt incurred?    **03/28/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the Debtors claim no personal liability.**

■ Other. Specify   **Customer**

---

| 4.3 6 | **Paula Carson** | Last 4 digits of account number | **3DCN** | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o KP Investments, LLC**
**710 Ogden Ave.**
**Ely, NV 89301**
Number Street City State Zip Code

When was the debt incurred?    **8/31/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY - Dismissed Lawsuit**

---

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

---

| 4.3 7 | **Philip Thorson** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 278**
**Tetonia, ID 83452**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

| 4.3 8 | **Randy Divan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 2043**
**Jackson, WY 83001**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

| Debtor 1 | **Paul J Hathaway** |
|---|---|
| Debtor 2 | **Mikki Jan Hathaway** |

Case number (if know) **17-40989 JDP**

---

**4.39**

**Riverbend Rand**

Nonpriority Creditor's Name

**P.O. Box 366**
**Bondurant, WY 82922**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **NOTICE ONLY**

---

**4.40**

**Robert Edwards**

Nonpriority Creditor's Name

**7336 Jackson Drive**
**King George, VA 22485**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **0115**

$85,000.00

**When was the debt incurred?** **03/24/2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify    **Customer**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

**4.4**
**1**

**Ronald Hepworth**

Nonpriority Creditor's Name

**3137 N. 4700 E.**
**Murtaugh, ID 83344**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **NOTICE ONLY** _____

---

**4.4**
**2**

**Ronald Nelson**

Nonpriority Creditor's Name

**P.O. Box 275**
**Rockland, ID 83271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

Last 4 digits of account number _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

■ Other. Specify   **NOTICE ONLY** _____

---

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

---

| 4.4 3 | **Scott Johnson** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2264 Jack Rabbit Ln. Unit B**
**Bozeman, MT 59718**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Joint Venture Partnership**
                    **NOTICE ONLY**

---

| 4.4 4 | **Stepanie N. Guyon, Esq.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Deputy Attorney General**
**P.O. Box 83720**
**Boise, ID 83720**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **NOTICE ONLY**

---

| 4.4 5 | **TAG Lending, LLC** | Last 4 digits of account number | 0066 | $3,773,008.17 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 4689**
**Logan, UT 84323**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Judgment**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

| 4.4 6 | **Terry Carmichael** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Sparing Street**
**Blackfoot, ID 83221**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☑ Other. Specify   **NOTICE ONLY**

---

| 4.4 7 | **Thomas Brighton** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**11540 N. Yellowstone Hwy.**
**Idaho Falls, ID 83401**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☑ Other. Specify   **NOTICE ONLY**

---

| Debtor 1 | **Paul J Hathaway** |
|---|---|
| Debtor 2 | **Mikki Jan Hathaway** |

Case number (*if know*)   **17-40989 JDP**

---

**4.4 8**

**TJ-2 Holdings, LLC**
Nonpriority Creditor's Name
**2345 N. Woodruff Ave.**
**Idaho Falls, ID 83401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **07OC**                                    **$191,612.90**

**When was the debt incurred?**   **08/11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Money Loaned**

---

**4.4 9**

**Trudi West**
Nonpriority Creditor's Name
**4388 Ameythyst St.**
**Island Park, ID 83429**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No


☐ Yes

**Last 4 digits of account number**                                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☑ Other. Specify   **NOTICE ONLY**

---

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

| 4.50 | **Turk & Trudie McMurtrey** |
|---|---|

Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

- [x] Other. Specify   **NOTICE ONLY**

---

| 4.51 | **U.S. Bank** |
|---|---|

Nonpriority Creditor's Name
**77 E. Main St.**
**Rexburg, ID 83440**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

**Loan for business**

- [x] Other. Specify   **NOTICE ONLY**

---

| 4.52 | **Visa** |
|---|---|

Nonpriority Creditor's Name
**P.O. Box 89940**
**Sioux Falls, SD 57109**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                                    **$2,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [x] Other. Specify   **Credit card - Business debts of Hathaway Homes Group, L.L.C.**

---

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (if know)    **17-40989 JDP**

---

| 4.5 3 | **Wayne E. Jennings, Esq.** | Last 4 digits of account number _____ | **$723.00** |

Nonpriority Creditor's Name
**Jennings Law Office PC**
**517 S. 22nd Ave. #3**
**Bozeman, MT 59718**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal services**

---

| 4.5 4 | **Wells Fargo** | Last 4 digits of account number   **3832** | **$218,648.49** |

Nonpriority Creditor's Name
**P.O. Box 14411**
**Des Moines, IA 50306-3411**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of Credit**

---

| 4.5 5 | **William Jackson** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 328**
**Driggs, ID 83422**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**This is a debt of Hathaway Homes Group, L.L.C. for which the debtors claim no personal liability.**

☐ Yes    ■ Other. Specify    **NOTICE ONLY**

---

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

<div style="background:black;color:white">**Part 3:**</div> **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **21st Mortgage Corporation**<br>**620 Market Street One**<br>**Centre Square**<br>**Knoxville, TN 37902** | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Hyrum D. Erickson, Esq.**<br>**Rigby Andrus & Rigby Law**<br>**Rexburg, ID 83440** | Line **4.40** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **James A. Shinault, Esq.**<br>**237 North 2nd East, Ste. 102**<br>**Rexburg, ID 83440** | Line **4.14** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jayce Howell**<br>**2345 N. Woodruff Ave.**<br>**Idaho Falls, ID 83401** | Line **4.48** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jon A. Stenquist, Esq.**<br>**Parsons Behle & Latimer**<br>**900 Pier View Dr., Ste. 206**<br>**Idaho Falls, ID 83402** | Line **4.48** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ken Wallace**<br>**c/o Mark W. Buckwalter, Esq.**<br>**40 2nd St. E., Ste. 222**<br>**Kalispell, MT 59901** | Line **4.25** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **KeyBank**<br>**Attn: Loan Client Services**<br>**P.O. Box 5788**<br>**Cleveland, OH 44101-0788** | Line **4.26** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **KeyBank**<br>**P.O. Box 5788**<br>**Cleveland, OH 44101-0788** | Line **4.28** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mark R. Fuller, Esq.**<br>**410 Memorial Dr., Ste.201**<br>**P.O. Box 50935**<br>**Idaho Falls, ID 83405-0935** | Line **4.50** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Marvin M. Smith, Esq.**<br>**2010 Jennie Lee Dr.**<br>**Idaho Falls, ID 83404** | Line **4.5** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number (if know)   **17-40989 JDP**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Michael D. Jewell, Esq.**<br>**Peck Hadfield Baxter & Moore**<br>**399 North Main St., Ste. 300**<br>**Logan, UT 84321** | Line **4.45** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Michael J. Whyte, Esq.**<br>**Thomsen Holman Wheiler PLLC**<br>**2635 Channing Way**<br>**Idaho Falls, ID 83404** | Line **4.36** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Mike Montgomery, Esq.**<br>**Montgomery Law Offices**<br>**99 Marcus St., 3rd Floor**<br>**Hamilton, MT 59870** | Line **4.30** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **NexGear Capital, Inc.**<br>**11799 N. College Ave.**<br>**Carmel, IN 46032** | Line **4.31** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **NorthPoint  Commerical Fin.**<br>**P.O. Box 731751**<br>**Dallas, TX 75373-1751** | Line **4.32** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Robert Edwards**<br>**Chief Cliff Estates**<br>**Missoula, MT 59801** | Line **4.40** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Shaun L. Peck, Esq.**<br>**Peck Hadfield Baxter & Moore**<br>**399 North Main St., Ste. 300**<br>**Logan, UT 84321** | Line **4.45** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Tyler J. Salvesen, Esq.**<br>**Rigby, Andrus & Rigby Law**<br>**25 N. 2nd E.**<br>**Rexburg, ID 83440** | Line **4.40** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number (*if know*)    **17-40989 JDP**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,817,184.12 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 5,817,184.12 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **17-40989 JDP** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | **Oral agreement to use the 2008 F450 truck for Hathaway Homes Group, L.L.C. in exchange for payment on the truck.** |
| 2.2  **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | **Oral contract - use of commercial building in exchange for loan payment on same.** |
| 2.3  **Wade Hathaway**<br>**1182 Pleasantview**<br>**Rexburg, ID 83440** | **Operating Agreements for Titleist , LLC.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Paul J Hathaway** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mikki Jan Hathaway** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | **17-40989 JDP** | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live? __-NONE-__ . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **All Terrain, LLC** 335 N. 2149 E. Saint Anthony, ID 83445 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.45__ ☐ Schedule G _____ **TAG Lending, LLC** |
| 3.2 **All Terrain, LLC** 335 N. 2149 E. Saint Anthony, ID 83445 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.21__ ☐ Schedule G _____ **John M. Ohman, Esq.** |

| Debtor 1 | **Paul J Hathaway**<br>**Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3    **All Terrain, LLC**<br>335 N. 2149 E.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Jan Staker, CPA** |
| 3.4    **Hathaway Custom Homes, Inc.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Ben Clark** |
| 3.5    **Hathaway Homes Group, L.L.C.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>**TJ-2 Holdings, LLC** |
| 3.6    **Hathaway Homes Group, L.L.C.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>**TAG Lending, LLC** |
| 3.7    **Hathaway Homes Group, L.L.C.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Robert Edwards** |
| 3.8    **Hathaway Homes Group, L.L.C.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**American Express** |
| 3.9    **Hathaway Homes Group, L.L.C.**<br>2155 S. Yellowstone Hwy.<br>Saint Anthony, ID 83445 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>**Joe or Sharon Webb** |

| Debtor 1 | **Paul J Hathaway**<br>**Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.10 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**Andrew Lillywhite, Esq.**

3.11 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**Paula Carson**

3.12 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Helen or Mace Riddle**

3.13 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Paul A. Zumberge**

3.14 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Northpoint Commercial Fin.**

3.15 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**21st Inventory Finance**

3.16 **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**John M. Ohman, Esq.**

| Debtor 1 | **Paul J Hathaway** | Case number *(if known)* | **17-40989 JDP** |
|---|---|---|---|
| | **Mikki Jan Hathaway** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Jan Staker, CPA** |
| 3.18 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**NextGear Capital, Inc.** |
| 3.19 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**Paragon Financial Investment** |
| 3.20 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ■ Schedule D, line ___**2.5**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**MAM** |
| 3.21 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**Oscar Bedolla-Ramos** |
| 3.22 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Cope Excavation** |
| 3.23 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**David Wilkes** |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.24  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Jody Lemons**

3.25  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Ken Wallace**

3.26  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**Alan Karras**

3.27  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**Cindy Hansen**

3.28  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**Cory Murdoch**

3.29  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Kimberly Felger**

3.30  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Francisco Vigil**

| Debtor 1 | Paul J Hathaway |  | Case number *(if known)* | 17-40989 JDP |
|---|---|---|---|---|
|  | **Mikki Jan Hathaway** |  |  |  |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.31    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Jayme Swartz**

3.32    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Joel Vega**

3.33    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Randy Divan**

3.34    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**Riverbend Rand**

3.35    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**Ronald Hepworth**

3.36    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**Ronald Nelson**

3.37    **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.46**___
☐ Schedule G _____
**Terry Carmichael**

Debtor 1  **Paul J Hathaway**
**Mikki Jan Hathaway**
Case number *(if known)*  **17-40989 JDP**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.38  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**Thomas Brighton**

3.39  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**Trudi West**

3.40  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Visa**

3.41  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
**Wells Fargo**

3.42  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**William Jackson**

3.43  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Karalee Sanchez**

3.44  **Hathaway Homes Group, L.L.C.**
**2155 S. Yellowstone Hwy.**
**Saint Anthony, ID 83445**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Gerald Wilson**

| Debtor 1 | **Paul J Hathaway**<br>**Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Turk & Trudie McMurtrey** |
| 3.46 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Josephson Rentals** |
| 3.47 **Hathaway Homes Group, L.L.C.**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Philip Thorson** |
| 3.48 **Joint Venture, LLC**<br>**125 Central Ave., Unit 1A**<br>**Bozeman, MT 59718** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ben Clark** |
| 3.49 **Lundyn, LLC**<br>**2155 S Yellowstone Hwy**<br>**Saint Anthony, ID 83445** | ■ Schedule D, line __2.6__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**TJ-2 Holdings, LLC** |
| 3.50 **Titleist,LLC**<br>**2155 South Yellowstone Highw**<br>**Saint Anthony, ID 83445** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**U.S. Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| Debtor 2 (Spouse, if filing) | **Mikki Jan Hathaway** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | **17-40989 JDP** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed <br> ☐ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | **Employee** | **Employee** |
| Employer's name | **Hathaway Homes, Group, L.L.C.** | **Hathaway Homes/CMZ Med. Assoc.** |
| Employer's address | **2155 S. Yellowstone Saint Anthony, ID 83445** | **2155 S. Yellowstone Saint Anthony, ID 83445** |
| How long employed there? | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **3,833.33** | $ **2,166.67** |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $ **3,833.33** | $ **2,166.67** |

Debtor 1 **Paul J Hathaway**
Debtor 2 **Mikki Jan Hathaway**

Case number (*if known*) **17-40989 JDP**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 3,833.33 | $ 2,166.67 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 871.74 | $ 307.58 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 871.74 | $ 307.58 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,961.59 | $ 1,859.09 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **Fuel for vehicles Exxon pmt** | 8h.+ | $ 51.33 + | $ 0.00 |
| | **Health insurance Blue Cross for pmt** | | $ 900.00 | $ 0.00 |
| | **Vehicle insurance for pmt** | | $ 175.00 | $ 0.00 |
| | **Vehicle 1 BMW for pmt** | | $ 572.45 | $ 0.00 |
| | **Vehicle 2 Infiniti for pmt** | | $ 237.70 | $ 0.00 |
| | **Vehicle 3 Work Truck for pmt** | | $ 480.54 | $ 0.00 |
| | **American Express credit card** | | $ 300.00 | $ 0.00 |
| | **Citi credit card** | | $ 100.00 | $ 0.00 |
| | **KeyBank line of credit** | | $ 50.00 | $ 0.00 |
| | **CMZ Medical Associate, Inc. (6 mos.aver.) monthly** | | $ 0.00 | $ 157.14 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,867.02 | $ 157.14 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,828.61 + $ 2,016.23 = | $ 7,844.84 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 7,844.84

**Combined monthly income**

**Schedule I: Your Income**

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**                                Case number (*if known*)    **17-40989 JDP**

13.  **Do you expect an increase or decrease within the year after you file this form?**
     ☐   No.
     ■   Yes. Explain:    | **Income and expenses are subject to change during the pendency of this case.** |

**Fill in this information to identify your case:**

Debtor 1 **Paul J Hathaway**

Debtor 2 **Mikki Jan Hathaway**
(Spouse, if filing)

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number  **17-40989 JDP**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.   ■ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **17** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    1,890.00

    **If not included in line 4:**

    4a.  Real estate taxes                                          4a. $    650.00
    4b.  Property, homeowner's, or renter's insurance              4b. $    385.00
    4c.  Home maintenance, repair, and upkeep expenses            4c. $    50.00
    4d.  Homeowner's association or condominium dues              4d. $    0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $    1,100.00

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**                                        Case number (if known)    **17-40989 JDP**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 390.00 |
| | 6d. | Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 0.00 |
| 10. | **Personal care products and services** | | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 45.00 |
| | 15b. | Health insurance | 15b. $ 900.00 |
| | 15c. | Vehicle insurance | 15c. $ 175.00 |
| | 15d. | Other insurance. Specify: **Mass Mutual Policy on Debtor's Mother** | 15d. $ 193.12 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 572.45 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 237.70 |
| | 17c. | Other. Specify: **Truck Payment** | 17c. $ 480.54 |
| | 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | |
| | 20a. | Mortgages on other property | 20a. $ 0.00 |
| | 20b. | Real estate taxes | 20b. $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: **Taxes for CMZ Employment** | | 21. +$ 24.15 |
| | **American Express Payment** | | +$ 300.00 |
| | **Exxon Payment** | | +$ 51.33 |
| | **KeyBank line of credit** | | +$ 50.00 |
| | **Citi credit card** | | +$ 100.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | | $ 9,869.29 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ 9,869.29 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ 7,844.84 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ 9,869.29 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ -2,024.45 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Income and expenses are subject to change during the pendency of this case.**

**Fill in this information to identify your case:**

Debtor 1      **Paul J Hathaway**
              First Name          Middle Name          Last Name

Debtor 2      **Mikki Jan Hathaway**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number   **17-40989 JDP**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
                                                      Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Paul J Hathaway**                           X **/s/ Mikki Jan Hathaway**
  **Paul J Hathaway**                                  **Mikki Jan Hathaway**
  Signature of Debtor 1                                Signature of Debtor 2

Date  **December  7, 2017**                         Date  **December  7, 2017**

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Paul J Hathaway** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Mikki Jan Hathaway** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **17-40989 JDP** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

**1.     What is your current marital status?**

■ Married
☐ Not married

**2.     During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.     Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

**4.     Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $34,538.49 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |

Case number *(if known)* **17-40989 JDP**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $23,000.00 |
| | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $1,566.36 |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $58,858.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions,<br>bonuses, tips<br>■ Operating a business | $599,914.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $57,230.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions,<br>bonuses, tips<br>■ Operating a business | $176,243.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $0.00 |

**5.  Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from**<br>**each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until**<br>**the date you filed for bankruptcy:** | **Hathaway Homes**<br>**Group, L.L.C.** | $33,327.70 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | **Gambling winnings**<br>**(see p. 15 for**<br>**gambling losses)** | $3,118,117.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | **Gambling winnings**<br>**(see p. 15 for**<br>**gambling losses)** | $3,733,295.00 | | |

| Debtor 1 | **Paul J Hathaway** | |
|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)*  **17-40989 JDP** |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Washington Federal**<br>**80 N. 2nd E.**<br>**Rexburg, ID 83440** | **8/17/17 -**<br>**$2,000.00;**<br>**9/17/17 -**<br>**$2,000.00;**<br>**10/19/17 -**<br>**$2,000.00.** | **$6,000.00** | **$218,648.49** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Idaho Central Credit Union**<br>**673 North 2nd East**<br>**Rexburg, ID 83440** | **08/17/17 -**<br>**$1,048.45;**<br>**09/18/17 -**<br>**$1,100.00;**<br>**10/06/17 -**<br>**$1,150.00;**<br>**10/19/17 -**<br>**$1,100.00.**<br>**10/19/17 - 31.29.** | **$80.06** | **$346,607.50** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Acct. No. -6525**<br>**Home Equity Loan** |
| **Idaho Central Credit Union**<br>**673 North 2nd East**<br>**Rexburg, ID 83440** | **10/31/17 - $237.70** | **$0.00** | **$13,081.49** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Acct. No. - 1952**<br>**BMW 3 Series VIN #-6323** |
| **Idaho Central Credit Union**<br>**PO Box 2469**<br>**Pocatello, ID 83206** | **10/31/17 - $480.52;** | **$0.00** | **$26,290.67** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Acct. No. -6285**<br>**Ford Truck F450 VIN #-7621**<br>**(paid by H.H.G.)** |

| Debtor 1 | **Paul J Hathaway** |
|----------|---------------------|
| Debtor 2 | **Mikki Jan Hathaway** |

Case number (*if known*) **17-40989 JDP**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Idaho Central Credit Union**<br>PO Box 2469<br>Pocatello, ID 83206 | **10/31/17 - $572.45** | **$572.48** | **$37,397.76** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Acct. No. 2038 2014 Infiniti QX80 VIN #-2297 (paid by H.H.G.)** |
| **Blue Cross of Idaho**<br>P.O. Box 6948<br>Boise, ID 83707 | **09/22/17 - $863.05;**<br>**10/11/17 - $863.05;** | **$1,726.10** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Health Insurance monthly pmt. (paid by H.H.G.)** |
| **Chase Auto Finance**<br>P.O. Box 901076<br>Fort Worth, TX 76101-2076 | **09/25/17** | **$41,215.80** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Refinanced/loan payoff for VIN #2297** |
| **BMW Financial Services**<br>5000 Britton Pkwy<br>Hilliard, OH 43026 | **09/25/17** | **$14,261.97** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Refinanced/loan payoff for VIN #6323** |
| **American Express**<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | **8/17/17 - $200.00;**<br>**9/22/17 - $500.00;**<br>**9/30/17 - $200.00.** | **$900.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Paid by Hathaway Homes Group, L.L.C.** |
| **Blue Cross of Idaho**<br>P.O. Box 6948<br>Boise, ID 83707 | **8/8/17 - $863.05;**<br>**9/22/17 - $863.05;**<br>**10/11/17 - $863.05.** | **$2,589.15** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Health insurance paid by Hathaway Homes Group, L.L.C.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Paul J Hathaway** | |
|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | |
| | | Case number *(if known)*  **17-40989 JDP** |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Edwards, Robert**<br>**v**<br>**Hathaway Homes, Group L.L.C.,**<br>**Paul J Hathaway**<br>**CV-2017-0000115** | **Civil** | **Seventh Judicial Dist.,**<br>**Fremont County**<br>**State of Idaho**<br>**151 W. 1 N.**<br>**Saint Anthony, ID 83445** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Hollobaugh, Andrew & Lindzey**<br>**v.**<br>**Hathaway, Paul**<br>**CV-2016-465** | **Civil** | **Magistrate Court Fremont**<br>**County,**<br>**State of Idaho**<br>**151 W. 1 N.**<br>**Saint Anthony, ID 83445** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Closed** |
| **TAG Lending, LLC**<br>**v**<br>**Hathaway Homes Group LLC,**<br>**All Terrain and Paul Hathaway**<br>**CV-170100066** | **Civil** | **First Judicial Dist. Cache**<br>**County**<br>**State of Utah**<br>**179 North Main St., Ste. 102**<br>**Logan, UT 84321** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **TJ-2 Holdings, LLC**<br>**v. Hathaway Homes Group, LLC**<br>**and Paul Hathaway**<br>**CV-2017-0004707-OC** | **Civil** | **Seventh Judicial Dist.**<br>**Bonneville County**<br>**State of Idaho**<br>**605 N. Capital**<br>**Idaho Falls, ID 83402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Hathaway, Paul**<br>**v**<br>**Bright, Anne P.**<br>**CV-2017-0000288** | **Civil** | **Seventh Judicial Dist.,**<br>**Fremont County**<br>**State of Idaho**<br>**151 W. 1 N.**<br>**Saint Anthony, ID 83445** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1      **Paul J Hathaway**
Debtor 2      **Mikki Jan Hathaway**

Case number *(if known)*    **17-40989 JDP**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **MH Transport, LLC**<br>**v**<br>**All Terrain, Hathaway Homes Group, LLV, Hathaway Paul J**<br>**CV-2016-0000400** | Civil | **Seventh Judicial Dist.,**<br>**Fremont County**<br>**State of Idaho**<br>**151 W. 1 N.**<br>**Saint Anthony, ID 83445** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ken Wallace**<br>**vs.**<br>**Paul Hathaway and Hathaway Homes Group, L.L.C.**<br>**DV-17-817C** | | **Eleventh Judicial Dist.**<br>**Court,**<br>**Flathead County State of Montana**<br>**920 South Main, Suite 300**<br>**Kalispell, MT 59901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **KP Investments, LLC (Paula Carson member/manager)**<br>**v**<br>**Hathaway Homes Group, L.L.C.**<br>**4:17-cv-00353-DCN** | **Breach of Contract** | **United States District Court**<br>**550 W. Fort Street, Ste. 400**<br>**Boise, ID 83724** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Linda Riddle**<br>**vs. Hathaway Homes Group, L.L.C. and Hathaway, Paul J**<br>**CV-2017-0000426** | **Collections** | **Seventh Judicial District**<br>**Fremont Co**<br>**State of Idaho**<br>**151 W. 1st N.**<br>**Saint Anthony, ID 83445** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Paul A. Zumberge,**<br>**v. Hathaway Homes Group, L.L.C. and Paul Hathaway**<br>**CV-2017-6531** | **Breach of Contract** | **Seventh Judicial District**<br>**Bonneville Cty**<br>**State of Idaho**<br>**605 N. Capital Ave.**<br>**Idaho Falls, ID 83402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Stephanie N. Guyon, Esq.**<br>**Deputy Attorney General**<br>**Idaho Attorney General's Office**<br>**Consumer Protection Division**<br>**P.O. Box 83720**<br>**Boise, ID 83720-0010** | **Administrative Proceeding** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | |
| | | Case number *(if known)* | **17-40989 JDP** |

---

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Deseret Industries** | **Various donations** | | **$0.00** |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **The Church of Jesus Christ of LDS<br>Wilford 2nd Ward<br>2369 E. 214 N.<br>Saint Anthony, ID 83445** | **Tithing charitable donation** | **2016** | **$0.00** |
| **The Church of Jesus Christ of LDS<br>Wilford 2nd Ward<br>2369 E. 214 N.<br>Saint Anthony, ID 83445** | **Tithing charitable donation** | **2017** | **$0.00** |

---

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Gambling losses<br>** According to the 2015 Tax Returns** | | **2015** | **$3,733,295.00** |
| **Gambling losses ** According to the 2016 Tax Returns.** | | **2016** | **$3,118,117.00** |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Maynes Taggart PLLC**<br>**P.O. Box 3005**<br>**Idaho Falls, ID 83403**<br>**Hathaway Homes Group, LLC** | **Check No. 6477** | **03/30/2017 -**<br>**Consultation;** | **$700.00** |
| **Maynes Taggart PLLC**<br>**P.O. Box 3005**<br>**Idaho Falls, ID 83403** | **Check No. 166307** | **04/17/2017 -**<br>**Retainer** | **$12,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Rexburg Motor Sports**<br>**1178 University Blvd.**<br>**Rexburg, ID 83440**<br><br>**Customer** | **2014 Polaris UTV VIN#  -4508 was traded in for the 2016 Polaris VIN # - 6576 $20,642.00 after trade in of $8,500.00.** | **Trade in allowance of $8,500.00**<br>**Paid downpayment of $13,798.14** | **7/23/2016** |
| **Idaho Central Credit Union**<br>**PO Box 2469**<br>**Pocatello, ID 83206**<br><br>**Financial Institution** | **Loan transfer-refinance of BMW 3 Series VIN #-6323 an from BMW Financial Services to Idaho Central Credit Union**<br>**Value $22,775.00** | **13,282.51** | **9/25/17** |

| Debtor 1 | **Paul J Hathaway** | | | |
|---|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | | Case number (*if known*) | **17-40989 JDP** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Idaho Central Credit Union<br>PO Box 2469<br>Pocatello, ID 83206<br><br>Financial Institution** | **2008 Ford F450 Super VIN #-7621 (See Schedule B & Schedule D)<br>Joint Debtor purchased this vehicle and financed it through Idaho Central Credit Union<br>$27,075.00** | **Truck purchased for use at Hathaway Homes Group, L.L.C.** | **10/6/17** |
| **Idaho Central Credit Union<br>PO Box 2469<br>Pocatello, ID 83206<br><br>Financial Institution** | **Loan tranfer-refinance of Infinity QX80 VIN #-2297 from Chase Auto to Idaho Central Credit Union<br>Value $40,200.00** | **$37,865.64** | **9/25/17** |
| **MH Transport, LLC<br>5276 E. 129 N.<br>Idaho Falls, ID 83401** | | **Settlement** | **02/2017** |
| **BMW Financial Services<br>5000 Britton Pkwy<br>Hilliard, OH 43026<br><br>Financial Institution** | **BMW 3 Series VIN #-6323<br>$14,261.97** | **Refinanced vehicle with Idaho Central Credit Union Acct. No.-6285** | **9/25/2017** |
| **Chase Auto Finance<br>P.O. Box 901076<br>Fort Worth, TX 76101-2076<br><br>Financial Institution** | **Infiniti QX80 VIN #-2297<br>$41,215.80** | **Refinanced vehicle with Idaho Central Credit Union Acct. No. -2038** | **9/25/17** |
| **Andrew & Linzey Hollobaugh<br><br>Customer of Hathaway Homes Group, L.L.C.** | **Customer of Hathaway Homes Group, L.L.C. Settled** | **Small Claims settlement** | |
| **Recipients of the Cash Disbursements** | **Dissolution Agreement of Joint Venture, LLC** | **TBD** | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1   **Paul J Hathaway**
Debtor 2   **Mikki Jan Hathaway**

Case number *(if known)*   **17-40989 JDP**

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Mike and Janet Leonardson 1023 E. 4430 S. Washington, UT 84780 | Debors' Residence 335 N. 2149 E. Saint Anthony, ID 83445 | Tools and household items and 4 Wheeler at Debtors' residence | Unknown |
| Mike Leonardson 1023 E. 4430 S. Washington, UT 84780 | Debtors' residence 335 N. 2149 E. Saint Anthony, ID 83445 | Bedroom & living room furniture Debtors' residence | Unknown |
| Hathaway Homes Group, L.L.C. 2155 S. Yellowstone Hwy. Saint Anthony, ID 83445 | Debtors' Residence 335 N. 2149 E. Saint Anthony, ID 83445 | Cell Phone #1 Cell Phone #2 | $400.00 |
| Hathaway Homes Group, L.L.C. 2155 S. Yellowstone Hwy. Saint Anthony, ID 83445 | Debtors' Residence 335 N. 2149 E. Saint Anthony, ID 83445 | Motorola Droid phone | $100.00 |
| Minor Daughter 335 N. 2149 E. Saint Anthony, ID 83445 | Idaho Central Credit Union 673 North 2nd East Rexburg, ID 83440 | New Generations Savings Acct. -3122 balance as of September 30, 2017 | $25.00 |

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Minor Daughter**<br>**335 N. 2149 E.**<br>**Saint Anthony, ID 83445** | **Idaho Central Credit Union**<br>**673 North 2nd East**<br>**Rexburg, ID 83440** | **New Generations Savings Acct. -3218**<br>**balance as of September 30, 2017** | $1.76 |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.   Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Paul J Hathaway**
Debtor 2    **Mikki Jan Hathaway**

Case number *(if known)*    **17-40989 JDP**

☐    No. None of the above applies.  Go to Part 12.

■    Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **All Terrain, LLC**<br>**335 N. 2149 E.**<br>**Saint Anthony, ID 83445-5625** | **Jan Staker** | EIN:<br><br>From-To    **01/19/12 - Present** |
| **Hathaway Homes Group, LLC**<br>**2155 S. Yellowstone Hwy.**<br>**Saint Anthony, ID 83445** | **Jan Staker** | EIN:    **46-2429684**<br><br>From-To    **04/01/2013** |
| **Titleist, LLC**<br>**2155 S. Yellowstone Hwy**<br>**Saint Anthony, ID 83445** | **Property Holding Company**<br><br>**Zack Sutton** | EIN:    **45-2621903**<br><br>From-To    **06/29/2011 - Present** |
| **Hathaway Homes of North Dakota, Inc.**<br>**2155 S. Yellowstone Hwy**<br>**Saint Anthony, ID 83445** | | EIN:<br><br>From-To    **05/13/11 - 08/12/13** |
| **H&E Alliance, LLC**<br>**1182 Pleasant View**<br>**Rexburg, ID 83440** | | EIN:    **94-3461076**<br><br>From-To    **01/07/2009 - 05/02/2017** |
| **Hathaway Custom Homes, Inc.**<br>**2155 S. Yellowstone Hwy**<br>**Saint Anthony, ID 83445** | | EIN:<br><br>From-To    **01/09/2009 - 10/03/2013** |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐    No
■    Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **TAG Lending, LLC**<br>**P.O. Box 4689**<br>**Logan, UT 84323** | **2/1/2016**<br>**9/12/2017** |

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Paul J Hathaway                                              /s/ Mikki Jan Hathaway
**Paul J Hathaway**                                              **Mikki Jan Hathaway**
**Signature of Debtor 1**                                        **Signature of Debtor 2**

Date    **December  7, 2017**                          Date    **December  7, 2017**

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

| Debtor 1 | **Paul J Hathaway** | | |
|---|---|---|---|
| Debtor 2 | **Mikki Jan Hathaway** | Case number *(if known)* | **17-40989 JDP** |

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

>**You are an individual filing for bankruptcy,** and

>**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

>Chapter 7 - Liquidation

>Chapter 11 - Reorganization

>Chapter 12 - Voluntary repayment plan for family farmers or fishermen

>Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

>most taxes;

>most student loans;

>domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
### District of Idaho

In re  **Paul J Hathaway**
**Mikki Jan Hathaway**

Debtor(s)

Case No.  **17-40989 JDP**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **December  7, 2017**

**/s/ Paul J Hathaway**
**Paul J Hathaway**
Signature of Debtor

Date:  **December  7, 2017**

**/s/ Mikki Jan Hathaway**
**Mikki Jan Hathaway**
Signature of Debtor