# CHAPTER 11 MONTHLY OPERATING REPORT

Case No.   17-40989

Report Month/Year   11/09/2017 to 11/30/2017

Debtors:   Paul & Mikki Hathaway

This report is due 21 days after the end of the month. Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement. The report must be filed with the Court. A signed hard copy must be provided to the U.S. Trustee.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|:---:|:---:|
| UST-2A | Comparative Balance Sheet | X | ☐ |
| UST-2B | Comparative Income Statement | X | ☐ |
| UST-2C | Cash Receipts and Disbursements Statement | X | ☐ |
| | UST-2C Continuation Sheet for Each Account | X | ☐ |
| | Detailed List of Receipts and Disbursements for Each Account | ☐ | X |
| | Bank Statement for Each Account | X | ☐ |
| | Bank Reconciliation for Each Account | X | ☐ |
| UST-2D | Supplemental Information | X | ☐ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date: 12-27-17

Name:   Paul Hathaway
Signature:   *[signature]*
Title: Debtor

Name: Mikki Hathaway
Signature:   *[signature]*
Title: Joint Debtor

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

Case No.     17-40989                                Report Month/Year ___11/09/2017 to 11/30/2017___
Debtors      Paul and Mikki Hathaway

| | | Current Month | Petition Date |
|---|---|---:|---:|
| ***ASSETS*** | | | |
| Current Assets: | | | |
| | Cash | $ 2,434.97 | $ 3,280.00 |
| | Other Current Assets :(List) | | |
| | | | |
| | | | |
| | | | |
| | Total Current Assets | 2,434.97 | 3,280.00 |
| | | | |
| Fixed Assets: [1] | | | |
| | Home | 790,962.00 | 790,962.00 |
| | Land (ND) | 450,000.00 | 450,000.00 |
| | Building (Office Property) | 292,032.00 | 292,032.00 |
| | Business Interests [2] | Unknown | Unknown |
| | Personal Property including Vehicles | 170,316.00 | 170,316.00 |
| | | | |
| | Total Fixed Assets | 1,703,310.00 | 1,703,310.00 |
| | Less: Accumulated Depreciation | ( ) | ( ) |
| | Net Fixed Assets | 1,703,310.00 | 1,703,310.00 |
| | | | |
| | Other Assets (List): | | |
| | | | |
| | **TOTAL ASSETS** | $ 1,705,744.97 | $ 1,706,590.00 |
| | | | |
| ***LIABILITIES*** | | | |
| | Post-petition Accrued Professional Fees | 0 | 0 |
| | Post-petition Taxes Payable | 0 | 0 |
| | Post-petition Notes Payable | 0 | 0 |
| | Other Post-petition Payables (List): | 0 | 0 |
| | | | |
| | Total Post Petition Liabilities | 0 | 0 |
| | | | |
| Pre Petition Liabilities: | | | |
| | Secured Debt | 1,568,257.97 | 1,568,257.97 |
| | Priority Debt | 0.00 | 0.00 |
| | Unsecured Debt | 5,817,184.12 | 5,817,184.12 |
| | | | |
| | Total Pre Petition Liabilities | 7,385,442.09 | 7,385,442.09 |
| | | | |
| | **TOTAL LIABILITIES** | 7,385,442.09 | 7,385,442.09 |
| | | | |
| ***OWNERS' EQUITY*** | | | |
| | Owner's/Stockholder's Equity | | |
| | Retained Earnings - Prepetition | | |
| | Retained Earnings - Post-petition | | |
| | **TOTAL OWNERS' EQUITY** | 0 | 0 |
| | | | |
| | **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 7,385,442.09 | $ 7,385,442.09 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

1  Valuations are based on tax-assessed values as noted in the Schedules.

2  Hathaway Homes Group, LLC; All Terrain, LLC; Titleist, LLC; Lundyn, LLC; (See also Rule 2015.3 Report Doc. 32)

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No.    17-40989                         Report Month/Year  11/09/2017 to 11/30/2017
Debtors    Paul and Mikki Hathaway

|  | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | | |
| Net Wages from HHG | $ 4,438.76 | $ 4,438.76 |
| Net Wages from CMZ Medical | 26.78 | 26.78 |
| Other:  Businesses Mgt. | 0.00 | 0.00 |
| Sale of Assets | 0.00 | 0.00 |
| Post-Petition Borrowing | 0.00 | 0.00 |
| Other:_____ | | |
| Other:_____ | | |
| Other:_____ | | |
| **TOTAL CASH INCOME** | $ 4,465.54 | $ 4,465.54 |
| | | |
| **CASH EXPENSES** | | |
| Auto Loan/Lease Payments | 0.00 | 0.00 |
| Mortgage Payments | 0.00 | 0.00 |
| Homeowner's Insurance | 0.00 | 0.00 |
| Home Maintenance | 0.00 | 0.00 |
| Personal Living Expenses | 845.23 | 845.23 |
| Utiltiies (gas, electric, phone) | 0.00 | 0.00 |
| Life, Health, & Vehicle Insurance | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 |
| UST Quarterly Fees | 0.00 | 0.00 |
| Property Taxes | 0.00 | 0.00 |
| Other:_____ | 0.00 | 0.00 |
| Other:_____ | | |
| **TOTAL CASH EXPENSES** | $ 845.23 | $ 845.23 |
| | | |
| **NET CASH INCOME** | $ 3,620.31 | $ 3,620.31 |

See below for your chance
to win $1000

ID #:  7L2V021HNFS3

------------------------------

# Walmart >'<
## Save money. Live better.™

( 435 ) 635 - 6945
MANAGER RICK HEYREND
180 N 3400 W
HURRICANE UT 84737
ST# 04678 OP# 002004 TE# 05 TR# 05110

| Item | Code | Price |
|---|---|---|
| TOSTITOS | 002840008314 F | 3.48 R |
| DORITOS | 002840064306 F | 3.98 R |
| SALTY SNACKS | 007874205675 F | 2.08 R |
| NUTFUDBROWN5 | 063748007542 F | 5.48 R |
| SNACK CAKE | 002430004301 F | 3.50 R |
| BLUE BUNNY | 007064001420 F | 3.50 R |
| BB SF NSA ST | 007064001425 F | 5.97 R |
| ORANGE BALL | 007022100727 F | 2.88 R |
| ORANGE BALL | 007022100727 F | 2.88 R |
| ORANGE BALL | 007022100727 F | 2.88 R |
| ORANGE BALL | 007022100727 F | 2.88 R |
| HSY SANTA | 003400023864 F | 6.98 R |
| COUPON 34000 | 053400000000 | 0.55-O |
| WHIP CREAM | 004190007907 F | 5.45 R |
| AG HLTGR FLX | 003921711916 F | 1.98 R |
| BREAD | 007870001624 F | 2.78 R |
| LIP BALM | 008307811314 | 0.98 X |
| EGGS 18CT | 007874212719 F | 1.86 R |
| YOP YOGURT | 007047040391 F | 3.72 R |
| SOUR CREAM | 007342000024 F | 2.58 R |
| SOUR CREAM | 007342000024 F | 2.58 R |
| BANANAS | 000000004011KF | |
| 2.20 lb @ 1 lb /0.52 | | 1.14 N |
| BABY CARROTS | 003338366604 F | 1.84 R |
| TOMATO VINE | 000000004664KF | |
| 1.84 lb @ 1 lb /1.78 | | 3.28 R |
| APPLE 3  BAG | 006602200008 F | 4.94 R |
| DRY APRICOTS | 008610120012 F | 2.98 R |
| BROC FLORET | 068113111234 F | 5.94 R |
| BTRLVR 12PK | 007615023230 F | 3.98 R |
| CHKN N BISKT | 004400000293 F | 2.78 R |
| CI ORIG | 002410010685 F | 2.54 R |
| RITZ | 004400003111 F | 2.56 R |
| BNLS CK BRST | 025783560746 F | 7.46 R |
| SHRIMP RING | 007874213414 F | 11.88 R |
| BODDY BANDS | 004145706573 | 2.98 X |
| ENH SERIES | 004138800435 | 4.48 X |
| HF SD SUM SG | 004450093187 F | 4.98 R |
| CARAMEL DIP | 007020055600 F | 3.58 R |
| GVCOLJACK32J | 060538618764 F | 5.52 R |
| SIMLY LM RSP | 002500005466 F | 2.18 R |
| ORANGE JUICE | 002500005443 F | 3.87 R |
| ALMDMILK VAN | 007874205236 F | 1.98 R |
| 2  MILK | 007874235187 F | 2.18 Y |
| CREAM CHEESE | 002100004040 F | 4.28 R |
| CREAM CHEESE | 002100004040 F | 4.28 R |
| AVO COCONT | 007874211118 F | 1.98 R |
| NAT 14Z RS/T | 004470000762 F | 5.94 R |
| TOM GRAPE | 081623901333 F | 2.58 R |
| SALT BUTTER | 007874201603 F | 2.50 Y |
| WAS 2.98 YOU SAVED 0.40 | | |
| GREEN CHILES | 004600083251 F | 1.34 R |
| AV CHNK CHKN | 007874206784 F | 1.74 R |
| AV CHNK CHKN | 007874206784 F | 1.74 R |
| AV PINEAPPLE | 007874223595 F | 1.16 R |
| GREEN CHILES | 004600083251 F | 1.34 R |
| CELRY STICKS | 007315015223 F | 2.24 R |
| AV PINEAPPLE | 007874223595 F | 1.16 R |
| AV CHS SENS | 060538818780 F | 2.98 R |
| AV CHS SENS | 060538818780 F | 2.98 R |
| CAMPBELLS CO | 005100001031 F | 1.25 R |
| CAMPBELLS CO | 005100001031 F | 1.25 R |
| CAMPBELLS CO | 005100001031 F | 1.25 R |
| CAMPBELLS CO | 005100001031 F | 1.25 R |
| 1LB ROLL SSG | 007790011553 F | 3.50 R |
| 1LB ROLL SSG | 007790011553 F | 3.50 R |
| 1LB ROLL SSG | 007790011553 F | 3.50 R |
| APPLE ZINGS | 004240002854 F | 3.98 R |
| FRSTD SPNR | 004240024085 F | 3.98 R |
| CHED BRAT | 007778203018 F | 5.68 R |
| TATER TOTS | 001312000082 F | 2.96 R |
| 2.25 GB 96 | 075290760625 F | 11.94 R |
| 2.25 GB 96 | 075290760625 F | 11.94 R |

```
              SUBTOTAL     243.16
  TAX 1    6.350 %           0.54
  TAX 2    3.000 %           7.06
              TOTAL        250.76
  CASH   TEND             251.00
  CHANGE DUE                0.24
  # ITEMS SOLD 69
  TC# 4800 1664 6218 9565 2106 3
```

Low Prices You Can Trust. Every Day.
11/20/17    20:50:55
Use Walmart Pay to save your receipts.

RallyStop#4, 0072828
1100 West 200 North
Cedar City, UT  84720


11/26/2017 10:29:10 AM
Register: 2 Trans #: 8884 Op ID: 5
Your cashier: Allie

*** REPRINT *** REPRINT *** REPRINT ***

UNLEAD PLS CA   PUMP# 2
14.844 GAL @ $ 2.779/GAL        $41.25  99
                              ----------
                  Subtotal =    $41.25
                       Tax =     $0.00
                              ----------
                     Total =    $41.25

*** REPRINT *** REPRINT *** REPRINT ***

                 Change Due  =  $-38.75

Cash                              $80.00



Thank you for your business!

RallyStop#4, 0072828
1100 West 200 North
Cedar City, UT  84720

11/26/2017 10:26:43 AM
Register: 2 Trans #: 8882 Op ID: 5
Your cashier: Allie

*** PREPAID RECEIPT ***

UNLEAD REG CA    PUMP# 2         $80.00   99
                                ----------
                  Subtotal =     $80.00
                       Tax =      $0.00
                                ----------
                     Total =     $80.00

              Change Due  =       $0.00

                                 $80.00
  Cash


Thank you for your business!

Rate us HIGHLY SATISFIED
Receive ONE FREE ITEM with
the purchase of any item of
EQUAL or Greater Value
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code:_____
Expires 30 days after receipt date.
Valid at participating US McDonald's.
Survey code:
04120-13001-12617-10182-00124-9

McDonald's Restaurant #4120
1026 W 200 N
UT
IRON
CEDAR CITY,UT 84720-2306
TEL# 435-5864700

KS# 13                    11/26/2017 10:18 AM
Side1                             Order 00

McPick 2 for $2.00
  2 Sausage McMuffin              2 00
        NO American Cheese
1 Egg McMuffin                     3.69
2 Hash Brown                       2.58
1 S Mocha Frappe                   2.00
1 Fruit N Yogurt Parfait           1.39

Subtotal                          11.66
  Tax                              0.83
Take-Out Total                    12.49

Cash Tendered                    100.00
Change                            87.51

Total Savings                      0.38

McDonald's Restaurant

```
          WELCOME TO MAVERIK
        ADVENTURE'S FIRST STOP
             347 Pocatello
           2100 E Center St
             Pocatello  Idaho
                83201
            208-233-5205
```

--- ---------------------- --- -------

| Prepay Fuel | No.3 | $20.00 |

----------

| Sub Total | $20.00 |
| Tax | $0.00 |
| **Total** | **$20.00** |
| Cash | $20.00 |
| Change | $0.00 |

# THANKS, COME AGAIN

Chance to win $200
Take our survey at
bit.ly/tellmav
Enter code "nitro"

STORE#347 Pocatello

CSH: Caballero, AlekTRAN:2166734
DATE:11/26/2017TIME:16:41:00

Sonic America's Drive-In

210 N. 2nd East
Rexburg, ID 83440
801-648-5792

208 Jaeslin
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Stl DTL1/1        Chk 357
            Nov14'17 09:55PM
            RECALLED ORDER
        Tray: DT5
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Drive Thru
        **** Ind 1 ****
  1 Corn  Jg                      1.49
  1 Md SnckrCrmlCust              4.79
Tax      0.38  Total Due:        6.66
        ***** All *****

   Subtotal:                     6.28
   Tax                           0.38
09 57PM Total Due:              6.66

    How was your visit?
    Comments or Concerns? Ask for a
    Manager on Duty or visit us at
    www sonicdr'    n.com/contact or
    866-OK-SOI    w Midnight CT

## CHK 357

Change:    $0.34



0077
ABBY C        SvrCk: 67   1:46p 11/09/17

1 CHZBGR COMBO, lg fry,
   sm blizzard (2.09), heath              6.78

                       Sub Total:      6.78
                       Tax        :    0.41
11/09  1:47pTOTAL :               7.19

********************************************
         Enjoy a free
         Dilly Bar
         on us!!
   Visit dqfansurvey.com to complete
   a brief survey in the next 3 days.
********************************************
          Survey Code:
          617093-7401092-154711
Validation Code:_____
   Offer valid only at this Dairy Queen
      within 30 days of your visit.
          Dilly Bar PLU: 25352

TOTAL :            7.19


            AMT-TEND   CHANGE   TALLY
CASH             5.20    0.00    5.20
CASH             1.99    0.00    1.99
                                 -------
                                 7.19
11/09/17  1:47p

# PAID

## Tagg N Go Express Car Wash River Road
## 1506 S River Road
## Saint George Utah 84790
## (435)628-2256



Receipt: 1022618
User :
Time :1:20 PM
Date :11/21/2017

Wash                    $8.00
----------------------------------------

                        Total $8.00
======================================

## Payment Methods
----------------------------------------
CreditCard
        ************5877

## Panda Express #2734
Rexburg , ID
()-

11/16/2017 5:50:40 PM        -Drive Thru-
Order: 421747        Server: Marisol O

1 Plate                              7.10
    WHITE FRIED RICE-1/2
    WHITE FRIED RICE-1/2
    ORANGE CKN
    ORANGE CKN

      SubTotal        7.10
      TAX             0.43
      Total           7.53

      Cash           20.00
      Change         12.47

```
****************************************
*        FREE ENTREE ITEM!             *
*                                      *
*   When you take our Guest Survey     *
*     PLEASE SEE BACK FOR DETAILS      *
**Limit one phone survey per 7 days**
****************************************
```

Questions or Comments?
pandaexpress.com/connect

# CostaVida®

### FRESH MEXICAN GRILL

Costa Vida
485 North 2nd East
Rexburg, ID 83440
(208) 356-7733
www.costavida.com
Thank you for visiting today!
Take our survey and receive
Free Key Lime Pie with
the purchase of your next entrée
1. Call (800) 314-6576, or go to
www.costavida.com/survey
2. Enter Store Number: 0055
3. Take survey within 48 hours
4. Write redemption code:

_____ . _____
------------------------------

------------------------------------------

## Phone Orders
------------------------------------------

Paul                                208-624-3141
------------------------------------------

Server: German M                        11/09/17
Check #107                                 1  PM

Sweet Shrimp Tacos (2)                        9
  Flour Tortilla
  Refried Beans
  No Lime
Key Lime Pie                               $3.99

Subtotal                                  $13.98
Tax                                        $0.84
Total                                     $14.82

1:43 PM CASH
**Payment Amount**                        **$14.82**
Cash Tendered                             $20.00
Change                                     $5.18

||||| ||| ||||||||||||||||||||||||
2 06981244018

------------------------------------------
------------------------------------------
Thanks for visiting Costa Vida!
Download the Costa Vida App
Scan within 48 hours
to redeem    ts
or go to costavida.com,          h

See back of receipt for your chance
to win $1000

ID #:   7L2VG91MNL5Y

# Walmart

## Save money. Live better.

( 435 ) 635 - 6945
MANAGER RICK HEYREND
180 N 3400 W
HURRICANE UT 84737

ST# 04678 OP# 009046 TE# 46 TR# 09352

| TOSTITOS | 002840008314 F | 3.48 R |
| LIP BALM | 008307811314 | 0.98 X |
| BUNS | 007082130013 F | 2.88 R |
| HEINZ KETCH | 001300000640 F | 1.98 R |

```
                SUBTOTAL      9.32
       TAX 1   6.350 %        0.06
       TAX 2   3.000 %        0.25
                  TOTAL       9.63
           CASH  TEND        10.00
           CHANGE DUE         0.37
```



TC#            ,928

Day.

ipts.

```
WELCOME TO MAVERIK
      Adventures
      First Stop
  965 South HWY 99
      Fillmore    Utah
        84631

Term: JD49331019002
Appr: 97580D
Seq#: 057667


87 Blend L
Pump No.              03
Gallons           18.196
Price/g           $2.539
Total Fuel        $46.20
Visa
Capture
XXXXXXXXXXXX6832


11/19/2017 15:07:26


I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Chance to win $200
Take our survey at
bit.ly/tellmav
Enter code "nitro"

STORE#538 Filmore


TOTAL SALE     $46.20


      THANK YOU
   HAVE A NICE DAY
```

WELCOME TO MAVERIK
Adventures
First Stop
55 N 3400 W
Hurricane    Utah

84737
435-635-6838
Term: JD49689126002
Appr: 68402D
Seq#: 006439

89 Blend H
Pump No.        08
Gallons      16.70
9
Price/g      $2.789
Total Fuel   $46.60
Visa
Capture
XXXXXXXXXXXX6832

11/23/2017 09:20:17

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

Chance to win $200
Take our survey at
bit.ly/tellmav
Enter code "nitro"

STORE#402 Hurricane

TOTAL SALE    $46.60

THANK YOU
HAVE A NICE DAY

Meadow Conoco Gas N Go, 1
370 north main
Meadow, Ut  84644


11/26/2017 11:23:14 AM
Register: 2 Trans #: 5694 Op ID: 1234
Your cashier: Ranae

*** PREPAID RECEIPT ***

REGULAR CA   PUMP# 4            $20.00   99
                            ----------
                Subtotal =     $20.00
                     Tax =      $0.00
                            ----------
                   Total =     $20.00

             Change Due  =      $0.00

Cash                           $20.00


Thanks For Your Business!
Please Come Again!

See back of receipt for your chance
to win $1000

ID #:    7L2V0B1HNF27

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Walmart

## Save money. Live better.

( 435 ) 635 - 6945
MANAGER RICK HEYREND
180 N 3400 W
HURRICANE UT 84737
ST# 04678 OP# 001064 TE# 13 TR# 04432

| GV 2 ULT DBL | 007874204017 | 2.56 X |
| PLASTIC CUPS | 068113192552 | 2.88 X |
| FOAM BOWLS | 001370014092 | 0.97 X |
| FOAM BOWLS | 001370014092 | 0.97 X |
| CUTLERY | 004590804513 | 2.97 X |
| CUTLERY | 007874211676 | 2.48 X |
| TURNER | 001634690027 | 0.88 X |
| ICE CRM SCP | 002413118641 | 2.97 X |

|  | SUBTOTAL | 16.68 |
| TAX 1    6.350 % | | 1.06 |
|  | TOTAL | 17.74 |
|  | CASH   TEND | 20.00 |
|  | CHANGE DUE | 2.26 |

# ITEMS SOLD 8
TC# 7697 9876 8691 0600 8602



Low Prices You Can Trust. Every Day.
11/20/17       21:40:44
Use Walmart Pay to save your receipts.



# HARMONS

## NEIGHBORHOOD GROCER®

```
          HARMONS DIXIE
          1189 E. 700 SO.
          ST. GEORGE, UTAH
            435-628-0411
   Your Cashier Today Is: SCO #54
        MG CRM TOP AERO CO      2.29 B
        WF GRANULATED SUGA      2.79 B
        MG EGG NOG PL           5.49 B
        MG CRM TOP AERO CO      2.29 B
        TAX                     0.39
  **** BALANCE                 13.25
        CASH                   20.00
        CHANGE                  6.75
TOTAL NUMBER OF ITEMS SOLD =      4
Total Advertised Savings:  0.50
11/23/17 12:09pm 61 54 105 54


 *****************************************

   THANK YOU FOR SHOPPING HARMONS
   VISIT US AT WWW.HARMONSGROCERY.COM
```

```
***FREE OFFER ON BACK!!***
Wendy's Restaurant #00004350
545 N. 2nd East Street
208-356-9667
```

# #3189

```
Fiscal Transaction ID:      20171130143914
Host: Nohea                   11/30/2017
#3189                            2:39 PM
REPRINT# 1                         30029
Order Type:  PUW

Apple Pecan Full                    6.49
  PomegranateVinaig
  PomegranateVinaig
LG FREESTYLE                        2.09
  Diet Coke


            Total Items 2          8.58
Tax                                 0.51
```

## PUW Total                        9.09

Cash $                            $10.10

## Change                        $1.01

# ▲ Albertsons

## It's just better.

STORE DIR KEVIN STEVENS (208)356-0555

**GROCERY**

| | |
|---|---|
| KRAFT DRESSINGS | 4.99 B |
| 2 QTY MIN MAID P | 11.98 B |
| RUFFLES POTATO | 2.50 B |
| Regular Price | 4.29 |
| You Save | 1.79- |
| 2 QTY LAYS WAVY | 6.00 B |
| Regular Price | 6.58 |
| You Save | 0.58- |
| LAYS BARBECUE | 3.00 B |
| Regular Price | 3.29 |
| You Save | 0.29- |
| 2 QTY DORITOS NA | 6.00 B |
| Regular Price | 8.58 |
| You Save | 2.58- |
| QUAKER CAP N CRNCH | 5.49 B |
| KLG MINI WHEATS | 4.99 B |
| KLG HONEY SMACKS | 4.49 B |
| MSSN TRTLA BRT FLR | 2.50 B |
| Regular Price | 3.69 |
| You Save | 1.19- |

**REFRIG/FROZEN**

| | |
|---|---|
| MG COTTAGE CHEESE | 2.99 B |
| LUCERNE LARGE | 1.39 B |
| DAIRY PURE MILK 2% | 2.59 B |
| CHOBANI GEK YGRT | 4.99 B |
| Regular Price | 5.99 |
| You Save | 1.00- |

**BAKED GOODS**

| | |
|---|---|
| SARA LEE WHL WHEAT | 1.99 B |
| Regular Price | 3.29 |
| You Save | 1.30- |
| 2 QTY GRANDMA SY | 5.98 B |
| Regular Price | 7.58 |
| You Save | 1.60- |

**MEAT**

| | |
|---|---|
| CHKN BRST FPPK | 7.06 B |
| Regular Price | 10.61 |
| You Save | 3.55- |
| NY STRIP STK BI CL | 14.56 B |
| Regular Price | 29.14 |
| You Save | 14.58- |

**PRODUCE**

| | |
|---|---|
| WATERMELON BOWL | 4.99 B |
| PINEAPPLE BOWL | 4.99 B |
| 2.19 lb @ $0.59 /lb | |
| WT    BANANAS YELLOW | 1.29 B |
| 2.58 lb @ $2.99 /lb | |
| WT    GREEN SDLSS GRAPES | 7.71 B |
| CHIZS RANCH DRSSNG | 6.99 B |

| | |
|---|---|
| TAX | 7.17 |
| **** BALANCE | 126.63 |
| Cash | 130.00 |
| | |
| CHANGE | 3.37 |

TOTAL NUMBER OF ITEMS SOLD =    27
11/29/17 12:12 171 8 39 8122

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HOW WAS YOUR SHOPPING EXPERIENCE?
PLEASE SHARE YOUR THOUGHTS ONLINE:
WWW.ALBERTSONSSURVEY.COM
ENTER TO WIN A $100 GIFT CARD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------------------------------------------
YOUR CASHIER TODAY WAS EARL
------------------------------------------

## YOUR SAVINGS

| | |
|---|---|
| Promotions | 28.46 |
| **Total** | **28.46** |
| **Total Savings Value** | **19%** |

0001710080039171129121212

See book of receipt for any chance
to win $1000

ID #:    7L2VF31HNBWC

------------------------------------

# Walmart

## Save money. Live better.

```
( 435 ) 635 - 6945
MANAGER RICK HEVREND
180 N 3400 W
HURRICANE UT 84737
ST# 04678 OP# 001946 TE# 09 TR# 02328
TOASTER FORK 005638908975      1.88 X
TOASTER FORK 005638908975      1.88 X
HONEY MAID   004400000463 F    3.00 R
NUTFUDBROWN5 063748007542 F    5.48 R
CANDY        063748007575 F    5.48 R
ADV FC       063748002580 F    7.48 R
GU WAN GER   007874202043 F    1.33 R
FUR     IUPP 003010603319 F    2.56 R
             SUBTOTAL          29.09
      TAX 1  6.350 %            0.24
      TAX 2  3.000 %            0.76
                TOTAL          30.09
          CASH  TEND           31.00
          CHANGE DUE            0.91
         # ITEMS SOLD 8
   TC# 6633 0113 312  8482 4527
```



```
Low Prices You Can Trust. Every Day.
       11/24/17        10:15:07
Use Walmart Pay to save your receipts.
```



```
        *F*E OFFER ON BACK!!***
       Jy's Restaurant #00004350
       545 I. 2nd East Street
            208-356-9667
```

# #3168

```
I  .: Samantha              11/13/2017
   3168                       1:26 PM
                              40144

Urder     e:  PUW

Apple     an Full               6.49
   Pom..granateVinaig
   PomegranateVinaig
Jr Cheeseb'rger                  `99
6 Piece N  jets                 ..99
   BBQ Dip Sauce
.. ue Fries                     0.99
3 .       an Tenders             .
   3i        ~e
   3 de


         T(                     I.
Tax                             n  I
```

## PUW  T  I                 I5.85

Balance .                       $15.85

```
       How was your visi.?
       Call us at 208-356-9667
```

# Call In

**London**
**(208) 201-3836**

Papa Murphy's
"#1 Rated Pizza Chain," 2012 Zagat Survey
64 North 2nd East
(208) 356-8900

## London

| | |
|---|---|
| Host: Blake | 11/18/2017 |
| Cashier: Jason | |
| London | 4:33 PM |
| | 30032 |

Order Type:  Call In

| | |
|---|---|
| Pepperoni F | 13.00 |
| Hawaiian L | 12.00 |
| All Meat MGF | 15.00 |
| Subtotal | 40.00 |
| Tax | 2.40 |

| **Call In Total** | **42.40** |
|---|---|
| Cash | 43.00 |

| **Change** | **0.60** |
|---|---|

Choose your reward/See Store for Details
Within 3 days call 800-931-5768 or go to
www.papasurvey.com enter store num 13012
Take a brief survey - write redemption
code on receipt - return to this store
JOIN E-CLUB WWW.PAPAMURPHYS.COM

--- Check Closed ---



# Albertsons
## It's just better.

STORE DIR KEVIN STEVENS (208)356-0555

### GROCERY

| | | |
|---|---|---|
| 2 QTY NSTLE BTTR | | 6.00 B |
| Regular Price | 11.98 | |
| You Save | 5.98- | |
| 2 QTY SPRITE | | 7.98 B |
| Regular Price | 11.98 | |
| You Save | 4.00- | |
| SPRITE ZERO | | 3.99 B |
| Regular Price | 5.99 | |
| You Save | 2.00- | |
| | | |
| TAX | | 1.08 |
| **** BALANCE | | 19.05 |
| Cash | | 20.00 |
| | | |
| CHANGE | | 0.95 |

TOTAL NUMBER OF ITEMS SOLD = 5
11/30/17 14:13 171 8 82 8488

**************************************

HOW WAS YOUR SHOPPING EXPERIENCE?
PLEASE SHARE YOUR THOUGHTS ONLINE:
WWW.ALBERTSONSSURVEY.COM
ENTER TO WIN A $100 GIFT CARD

**************************************

-------------------------------------
YOUR CASHIER TODAY WAS Hayden
-------------------------------------

### YOUR SAVINGS

| | |
|---|---|
| Promotions | 11.98 |
| Total | 11.98 |
| Total Savings Value | 40% |

0001710080082171301413

QUESTIONS OR PARTY TRAY ORDERS
1-877-276-9637

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.    17-40989                                    Report Month/Year  11/09/2017 to 11/30/2017

Debtors    Paul and Mikki Hathaway

| | Current Month | Total Post-Petition |
|---|---|---|
| **SUMMARY** | | |
| **Beginning cash balance, per Debtor's books (all accounts)** | $ 210.69 | $ 210.69 |
| **Total cash receipts** (from UST-2C continuation sheets) | 4,293.30 | 4,293.30 |
| **Total cash disbursements** from (UST-2C continuation sheets) | 2,049.41 | 2,049.41 |
| **Net cash flow** (Total cash receipts less total cash disbursements) | $ 2,243.89 | 2,243.89 |
| **Ending cash balance, per Debtor's books (all accounts)** | $ 2,454.58 | $ 2,454.58 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

UST-2C
January 2009

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.           17-40989                          Report Month/Year  11/09/17 to 11/30/17
Debtors         Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     Beehive Market Share (pre-petition, closed November 14, 2017)
**Account number:**                    ***5-005

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $0.28 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $0.28 |
| | **Cash disbursements** from this account | |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$0.28 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| • Detailed list of receipts and disbursements | ☐ | **X** |
| • Bank statement | X | ☐ |
| • Bank reconciliation | **X** | ☐ |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

| | |
|---|---|
| Case No.        17-40989 | Report Month/Year  11/09/17 to 11/30/17 |
| Debtors       Paul & Mikki Hathaway | |

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**      Beehive Credit Union Checking (pre-petition, closed November 14, 2017)
**Account number:**                  ****5-010

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $101.49 |
| Add:      Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account | | |
| Subtract:  Transfers out to other estate bank accounts | | $101.49 |
| **Cash disbursements** from this account | | $0.00 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$101.49 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | X | ☐ |
| ● Bank reconciliation | **X** | ☐ |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No. _____17-40989_____     Report Month/Year _11/09/17 to 11/30/17_
Debtors _____Paul & Mikki Hathaway_____

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     Beehive Credit Union Savings (pre-petition, closed November 14, 2017)
**Account number:**     ****5-001

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | | $25.00 |
| Add: | Transfers in from other estate bank accounts | $107.55 |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $0.00 |
| | **Cash disbursements** from this account | $132.55 |
| Adjustments, if any (explain) | | -$2.99 ** |
| **Net cash flow** | $ | -$27.99 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | -$2.99 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

** Overdraft from Withdrawal from Apple Itunes on November 21, 2017

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

| | |
|---|---|
| Case No.        17-40989 | Report Month/Year  11/09/17 to 11/30/17 |
| Debtors         Paul & Mikki Hathaway | |

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**      Beehive Market Share (pre-petition, closed November 14, 2017)
**Account number:**                   ***5-005

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | | $0.28 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $0.28 |
| | **Cash disbursements** from this account | |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$0.28 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | □ | **X** |
| ● Bank statement | X | □ |
| ● Bank reconciliation | **X** | □ |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

| | |
|---|---|
| Case No.        17-40989 | Report Month/Year  11/09/17 to 11/30/17 |
| Debtors        Paul & Mikki Hathaway | |

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     Beehive Credit Union Checking (pre-petition, closed November 14, 2017)
**Account number:**          ****5-010

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $101.49 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $101.49 |
| | **Cash disbursements** from this account | $0.00 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$101.49 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | X | ☐ |
| ● Bank reconciliation | **X** | ☐ |

```
                                                         ACCT.#    XXXXXXX75

        HATHAWAY, MIKKI J.
        335 N 2149 E                        TEL. NUMBER : (000) 000-0000
        ST ANTHONY, ID  83445
                                            DATES 11/01/17 THRU 11/28/17


              TRANSACTION         REF      TOTAL        LOAN        LOAN      ACCOUNT
   DATE       DESCRIPTION        NUMBR    TRAN AMT     INT AMT    PRIN AMT    BALANCE
-------- ----------------        -----  -----------  ----------- ----------- -----------
SHARE SUFFIX 001 REGULAR SHARES
                                                                 BEG BAL.      25.00
11/14/17 FR XXX75-005            18389       .28                                25.28
11/14/17 FR XXX75-010            18389    107.27                               132.55
11/14/17 Cash W/D Neg Av.        18391    132.55-                                .00
11/21/17 APL*ITUNES.COM          28366      2.99-                              2.99-
------------------------------------------------------------------------------------
SHARE SUFFIX 005 MARKET SHARE ACT
                                                                 BEG BAL.       .28
11/14/17 TO XXX75-001            18389       .28-                                .00
------------------------------------------------------------------------------------
SHARE SUFFIX 010 FREE E CHECKING
                                                                 BEG BAL.     101.49
11/13/17 Beehive Federal         38740      5.78                              107.27
            11/13/17     Beehive Federal    CARDCASH
11/14/17 TO XXX75-001            18389    107.27-                                .00
------------------------------------------------------------------------------------
```

11/9/2017 to 11/28/2017      **Beehive Fed. CU**
                             **5-001 - Savings (Shares)**

| | |
|---|---:|
| Beginning Balance on 11/9/2017 | 25.00 |
| Checks/Withdrawals (Cleared) | -135.54 |
| Deposits (Cleared) | 107.55 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/28/2017 | **-2.99** |

11/9/2017 to 11/28/2017      **Beehive Fed. CU**
                             **5-005 - Market Share**

| | |
|---|---:|
| Beginning Balance on 11/9/2017 | 0.28 |
| Checks/Withdrawals (Cleared) | -0.28 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/28/2017 | **0.00** |

11/9/2017 to 11/28/2017      **Beehive Fed. CU**
                             **5-010 - Checking**

| | |
|---|---:|
| Beginning Balance on 11/9/2017 | 101.49 |
| Checks/Withdrawals (Cleared) | -107.27 |
| Deposits (Cleared) | 5.78 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/28/2017 | **0.00** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.     17-40989                          Report Month/Year  11/09/17 to 11/30/17
Debtors      Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     ICCU Checking (pre-petition, closed November 14, 2017)
**Account number:**                  ****8207

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $9.15 |
| Add: | Transfers in from other estate bank accounts | $0.00 |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $0.00 |
| | **Cash disbursements** from this account | $9.15 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$9.15 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

---

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No. _____17-40989_____                    Report Month/Year _11/09/17 to 11/30/17_
Debtors _____Paul & Mikki Hathaway_____

---

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

---

**Depository (bank) name:**    _ICCU Bank Savings_ (pre-petition, not closed) **
**Account number:**               _****8791_


**Beginning cash balance, per Debtor's books**                    $25.00

Add:       Transfers in from other estate bank accounts            _____
           Cash receipts deposited to this account                _____

Subtract:  Transfers out to other estate bank accounts                 $0.00
           **Cash disbursements** from this account                _____

Adjustments, if any (explain)                                      _____

**Net cash flow**                                        $          $0.00
(receipts and transfers in less disbursements and transfers out)


**Ending cash balance, per Debtor's books**              $         $25.00
(beginning balance plus net cash flow)

---

Does this CONTINUATION SHEET include the following supporting documents?        Yes       No

- Detailed list of receipts and disbursements                                    ☐         **X**
- Bank statement                                                                 X         ☐
- Bank reconciliation                                                            **X**     ☐

---

** Because Debtors have a home equity loan with this Bank, the savings account cannot be closed.  The Bank requires the savings to maintain a minimum balance of $25.00.

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No. _____17-40989_____     Report Month/Year _11/09/17 to 11/30/17_
Debtors _____Paul & Mikki Hathaway_____

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     ICCU Savings Account (pre-petition)**
**Account number:**     ***8042

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | $ | 25.00 |
| Add:    Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account | | |
| Subtract:  Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account | | 0.00 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | 0.00 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 25.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

** Because Debtors have Auto Loans with this Bank, the savings account cannot be closed.  The Bank requires the savings to maintain a minimum balance of $25.00.

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.            17-40989                          Report Month/Year  11/09/17 to 11/30/17
Debtors         Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**      ICCU Checking (pre-petition, closed November 14, 2017)
**Account number:**              ****8207

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $9.15 |
| Add:  Transfers in from other estate bank accounts | | $0.00 |
| Cash receipts deposited to this account | | |
| Subtract:  Transfers out to other estate bank accounts | | $0.00 |
| **Cash disbursements** from this account | | $9.15 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$9.15 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $0.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

```
                                                      Page:   1 of 5
                                           Account No:      ████8042
                                           Period Ending:  11-29-2017
```

```
        Mikki Hathaway
        335 North 2149 East
        St Anthony  ID  83445
```

Mail Payments or Deposits to: P.O. BOX 2469 Pocatello, ID 83206-2469. See www.iccu.com for contact info or call your branch.

## Statement Summary

| Account Number | Type | Balance |
|---|---|---|
| 8042 | Share Savings | 25.00 |
| 8207 | Free Checking | 0.00 |
| 1952 | Auto Loan | 13,081.49 |
| 2038 | Auto Loan | 37,397.76 |
| 6285 | Auto Loan | 26,290.67 |

### Account Summary for Share Savings - ████8042

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 25.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 25.00 |

There is no activity for this account.

The amount of Dividend earned between 11-01-2017 and 11-29-2017 is $0.00.
The Annual Percentage Yield Earned for this account is 0.00%.

### Account Summary for Free Checking - ████8207

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 84.15 | | 0.00 | | 0.00 | | 84.15 | | 0.00 | | 0.00 |

### Daily Account Summary for Free Checking - ████8207

| Date | Description | Drafts/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 11-01 | Starting Balance | | | 84.15 |
| 11-06 | 1 Withdrawal(s) | -75.00 | | 9.15 |
| 11-14 | 1 Withdrawal(s) | -9.15 | | 0.00 |

### Transactions for Free Checking - ████8207

| Date | Description | Drafts/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 11-01 | Starting Balance | | | 84.15 |
| 11-06 | Withdrawal | -75.00 | | 9.15 |
| 11-14 | Closeout Withdrawal | -9.15 | | 0.00 |

```
                                                  Page:  2 of 5
                                            Account No:        8042
                                         Period Ending:  11-29-2017
```

```
        Mikki Hathaway
        335 North 2149 East
        St Anthony  ID  83445
```

     Mail Payments or Deposits to: P.O. BOX 2469 Pocatello, ID 83206-2469. See www.iccu.com for
contact info or call your branch.

### Daily Balance for Free Checking -      8207

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11-06 | 9.15 | 11-14 | 0.00 |

```
                                            Page:   3 of 5
                                   Account No:        8042
                                   Period Ending:  11-29-2017
```

```
        Mikki Hathaway
        335 North 2149 East
        St Anthony  ID  83445
```

```
    Mail Payments or Deposits to: P.O. BOX 2469 Pocatello, ID 83206-2469. See www.iccu.com for
contact info or call your branch.
```

### Account  Summary - 1952

#### Activity Summary

| Previous Principal Balance | Payments | Finance Charge | Advances | Other Charges | Ending Principal Balance |
|---|---|---|---|---|---|
| 13,081.49 | 0.00 | 0.00 | 0.00 | 0.00 | 13,081.49 |

```
        Finance Charge Paid in  2017 is 36.68
```

```
Annual Percentage Rate is  2.8000 %
```

```
                                                    Page:  4 of 5
                                             Account No:      8042
                                          Period Ending:  11-29-2017
```

```
        Mikki Hathaway
        335 North 2149 East
        St Anthony  ID  83445
```

    Mail Payments or Deposits to: P.O. BOX 2469 Pocatello, ID 83206-2469. See www.iccu.com for
contact info or call your branch.

### Account Summary - 2038

#### Activity Summary

| Previous Principal Balance | Payments | Finance Charge | Advances | Other Charges | Ending Principal Balance |
|---|---|---|---|---|---|
| 37,397.76 | 0.00 | 0.00 | 0.00 | 0.00 | 37,397.76 |

        Finance Charge Paid in  2017 is 104.57

Annual Percentage Rate is  2.8000 %

```
                                                        Page:  5 of 5
                                              Account No:        8042
                                           Period Ending:  11-29-2017
```

Mikki Hathaway
335 North 2149 East
St Anthony  ID  83445

    Mail Payments or Deposits to: P.O. BOX 2469 Pocatello, ID 83206-2469. See www.iccu.com for
contact info or call your branch.

**Account  Summary -** ▓▓▓**6285**

**Activity Summary**

| Previous Principal Balance | Payments | Finance Charge | Advances | Other Charges | Ending Principal Balance |
|---|---|---|---|---|---|
| 26,290.67 | 0.00 | 0.00 | 0.00 | 0.00 | 26,290.67 |

    Finance Charge Paid in  2017 is 55.81

Annual Percentage Rate is  3.0500 %

11/9/2017 to 11/30/2017

**ICCU Reconciliation**
**8791 - Savings**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 25.00 |
| Checks/Withdrawals (Cleared) | 0.00 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **25.00** |

**ICCU Reconciliation**
**8042 - Savings**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 25.00 |
| Checks/Withdrawals (Cleared) | 0.00 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **25.00** |

**ICCU Bank Reconciliation**
**8207 - Checking**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 9.15 |
| Cash Withdrawals (Cleared) | -9.15 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **0.00** |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

| | |
|---|---|
| Case No.    17-40989 | Report Month/Year  11/09/17 to 11/30/17 |
| Debtors    Paul & Mikki Hathaway | |

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**    ICCU Bank Savings (pre-petition, not closed) **
**Account number:**    ****8791

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $25.00 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| Subtract: | Transfers out to other estate bank accounts | $0.00 |
| | **Cash disbursements** from this account | |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | $0.00 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $25.00 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|---|---|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | X | ☐ |
| ● Bank reconciliation | **X** | ☐ |

** Because Debtors have a home equity loan with this Bank, the savings account cannot be closed.  The Bank requires the savings to maintain a minimum balance of $25.00.



11/29/17

Mikki Hathaway
335 N 2149 E
St. Anthony, ID 83445

Account: ████ 8791
Period: 11/01/17 – 11/29/17

| Effective Date | Post Date | Balance Description | Transaction Description | Amount | Running Balance | Transaction Type | Activity Date |
|---|---|---|---|---|---|---|---|
| | | Note Balance | | | 25.00 | | |

Administrative Office
P.O. Box 2469
Pocatello, ID 83206
800-456-5067
www.iccu.com

11/9/2017 to 11/30/2017          **ICCU Reconciliation**
                                 **8791 - Savings**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 25.00 |
| Checks/Withdrawals (Cleared) | 0.00 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **25.00** |

**ICCU Reconciliation**
**8042 - Savings**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 25.00 |
| Checks/Withdrawals (Cleared) | 0.00 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **25.00** |

**ICCU Bank Reconciliation**
**8207 - Checking**

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 9.15 |
| Cash Withdrawals (Cleared) | -9.15 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **0.00** |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.          17-40989                                Report Month/Year  11/09/17 to 11/30/17
Debtors          Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**          KeyBank Checking (pre-petition, closed November 14, 2017)
**Account number:**                  ****3198


**Beginning cash balance, per Debtor's books**                          $0.00

Add:          Transfers in from other estate bank accounts
              Cash receipts deposited to this account

Subtract:     Transfers out to other estate bank accounts              $0.00
              **Cash disbursements** from this account                 $0.19

Adjustments, if any (explain)                                          $0.19

**Net cash flow**                                                 $      $0.00
(receipts and transfers in less disbursements and transfers out)


**Ending cash balance, per Debtor's books**                       $      $0.00
(beginning balance plus net cash flow)

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

KeyBank
P.O. Box 93885
Cleveland, OH  44101-5885

*Key Advantage Money Market Checking
Statement*

*November 24, 2017*

31        T 0114 0000 R 57 AO
PAUL J HATHAWAY
335 N 2149 E
SAINT ANTHONY ID 83445-5625

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 2800*
*Boise, ID  83701-2800*

---

*Get less mail and enroll in Online Statements today!*

---



### Key Advantage Money Market Checking

Account number:            3198

*Account title:*  *PAUL J HATHAWAY*

| | | | | |
|---|---|---|---|---|
| Balance on Oct 25, 2017 | $1,084.43 | | Current interest rate | variable |
| Additions | none | | Number of days this statement period | 30 |
| Deductions | | | Interest paid year-to-date | $0.05 |
| Withdrawals | 1,084.43 | | | |
| Balance on  Nov 24, 2017 | $0.00 | | | |

---



### KeyNotes

*Revisions will be made to the Deposit Account Agreement and Funds Availability
Policy provided to you when you opened your KeyBank Account as amended.
Effective November 15, 2017, PART II - FUNDS AVAILABILITY POLICY section 6.
Longer Delays May Apply. Exception Holds: will be revised to change the length
of time an Exception Hold is placed on funds you deposit by check from no later
than the seventh business day after the day of your deposit to no later than the
fifth business day after the day of your deposit. Also effective November 15,
2017, section 7. Special Rules for New Accounts will be revised to change the
length of time a New Account Hold is placed on funds you deposit by check from
no later than the ninth business day after the day of your deposit to no later
than the fifth business day after the day of your deposit.*

.

*Section 6. Exception Holds will be revised as follows:*

.

*Exception Holds: In addition, funds you deposit by check may be delayed for a
longer period under the following circumstances:*
 *\* We believe a check you deposit will not be paid.*
 *\* You deposit checks totaling more than $5,000 on any one day.*
 *\* You redeposit a check that has been returned unpaid.*
 *\* You have overdrawn your account repeatedly in the last six months.*



*Member FDIC*

*Page 1 of 4*          3401



*Key Advantage Money Market Checking*
*Statement*

*November 24, 2017*

## KeyNotes (continued)

*\* There is an emergency, such as failure of computer or communications
equipment or other conditions beyond our control.*

*We will notify you if we delay your ability to withdraw funds for any of these
reasons, and we will tell you when the funds will be available. They will
generally be available for withdrawal no later than the fifth business day after
the day of your deposit. In case of emergency conditions, a notification of any
delay in your ability to withdraw funds will be provided within a reasonable
time and in a reasonable manner given the emergency circumstances unless funds
subject to this delay are made available before such notification must be
provided.*

*Section 7. Special Rules for New Accounts will be revised as follows:*

*7. Special Rules for New Accounts. If you are a new customer, the following
special rules may apply, at our discretion, during the first 30 days your
account is open instead of the rules described above.*

*Funds from electronic direct deposits to your account will be available on the
business day that the funds are due to you. Funds from deposits of cash, wire
transfers, and the first $5,000 of a day's total deposits of cashier's,
certified, teller's, traveler's, and federal, state and local government checks
will be available on the first business day after the day of your deposit if the
deposit meets certain conditions. For example, the checks must be payable to you
(and you may have to use a special deposit slip). The excess over $5,000 will be
available no later than the fifth business day after the day of your deposit. If
your deposit of these checks (other than a U.S. Treasury check) is not made in
person to one of our employees, the first $5,000 will not be available until the
second business day after the day of your deposit.*

*Funds held from all other check deposits will be available no later than the
fifth business day after the day of your deposit.*

*If you have any questions about these changes, please call the phone number on
this statement.*

*Please read and retain this important information with all of your Account
opening Agreements and Disclosures. A complete copy of the revised Deposit
Account Agreement and Funds Availability Policy is available at any KeyBank
branch and online at key.com.*

## Withdrawals

| Date | Description | | Amount |
|---|---|---|---|
| 10-26 | Internet Trf To ARC 0096125600546696 | 1256 | $262.60 |
| 10-26 | Internet Trf To ARC 0096125602544418 | 1256 | 543.64 |
| 11-2 | Withdrawal Branch 0114 Idaho | | 278.00 |
| 11-14 | Close Account | | 0.19 |
| Total | | | $1,084.43 |



*Key Advantage Money Market Checking*
*Statement*

*November 24, 2017*

## Aggregate Overdraft and Returned Item Fees

|  | Total for this period | Total Year-to-Date This Year | Total Year-to-Date Prior Year |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $180.00 | $60.50 |

### Account messages

*Your account was closed on November 14.  Thank you for your banking business and remember to think of KeyBank in the future for all your financial needs.*

LENDER    *Member FDIC*



## CONSUMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in- Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number ;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV  -  Transfer to Savings Account
XFER FROM SAV  -  Transfer from Savings Account
XFER TO CKG  -  Transfer to Checking Account
XFER FROM CKG  -  Transfer from Checking Account
PMT TO CR CARD     -  Payment to Credit Card
ADV CR CARD  -  Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**If you are in Bankruptcy:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register     each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL → | $ |
|  |  |  |  |
|  |  | ❻ Enter ending balance shown on your statement. | |
|  |  | $ | |
|  |  | ❼ Add 5 and 6 and enter total here. | |
|  |  | $ | |
|  |  | ❽ Enter total from 4. | |
|  |  | $ | |
|  |  | ❾ Subtract 8 from 7 and enter difference here. | |
|  |  | $ | |
|  |  | This amount should agree with your check register balance. | |
| TOTAL → | $ |  |  |

| 11/9/2017 to 11/24/2017 | **KeyBank Reconciliation** |
|---|---|
| | **3198 - Checking** |

| | |
|---|---|
| Beginning Balance on 11/9/2017 | 0.19 |
| Checks/Withdrawals (Cleared) | 0.19 |
| Deposits (Cleared) | 0.00 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/24/2017 | **0.00** |

**FINAL RECONCILIATION**
Account Closed 11/14/2017

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.            17-40989                    Report Month/Year  11/09/17 to 11/30/17
Debtors            Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**      Wells Fargo Bank (pre-petition, closed December 4, 2017)
**Account number:**                      ****0113

| | | |
|---|---|---|
| **Beginning cash balance, per Debtor's books** | | $24.77 |
| Add:  Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account | | $745.98 |
| Subtract:  Transfers out to other estate bank accounts | | $760.00 |
| **Cash disbursements** from this account | | |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -$14.02 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | $10.75 |
| (beginning balance plus net cash flow) | | |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents? | | |
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

# Wells Fargo® Essential Checking



Account number: ■ 0113 ■ November 9, 2017 - December 8, 2017 ■ Page 1 of 3

PAUL J HATHAWAY
MIKKI J HATHAWAY
335 N 2149 E
SAINT ANTHONY ID 83445-5625

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | |
| Online Bill Pay | | Auto Transfer/Payment | |
| Online Statements | ✓ | Overdraft Protection | |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/9 | $24.77 |
| Deposits/Additions | 745.98 |
| Withdrawals/Subtractions | - 770.75 |
| **Closing balance on 12/4** | **$0.00** |

Account number: ■ 0113

**PAUL J HATHAWAY**
**MIKKI J HATHAWAY**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124103799

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/9 | | Online Transfer From Hathaway Homes Group LLC Business Checking xxxxxx8044 Ref #Ib03Xmsxr2 on 11/09/17 | 345.98 | | |
| 11/9 | | Online Transfer From All Terrain LLC Business Checking xxxxxx4963 Ref #Ib03Xmw7R4 on 11/09/17 | 200.00 | | |
| 11/9 | | Online Transfer From Hathaway Homes Group LLC Business Checking xxxxxx8044 Ref #Ib03Xmw8PF on 11/09/17 | 200.00 | | |
| 11/9 | | ATM Withdrawal authorized on 11/09 Rexburg Rexburg ID 0006317 ATM ID 1649A Card 7007 | | 300.00 | |
| 11/9 | | ATM Withdrawal authorized on 11/09 Rexburg Rexburg ID 0006318 ATM ID 1649A Card 7007 | | 460.00 | 10.75 |
| 12/4 | | Withdrawal Made In A Branch/Store | | 10.75 | 0.00 |
| Ending balance on 12/8 | | | | | 0.00 |
| Totals | | | $745.98 | $770.75 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

 **IMPORTANT ACCOUNT INFORMATION**

If you currently receive online statements, starting in March, we will consider your statement delivered to you when it has been posted to wellsfargo.com. Your online account statement will be made available through Wells Fargo Online® Banking 24 - 48 hours after the end of your statement period. We will continue to notify you when your statement becomes available via the email address you provided. If you receive paper statements, we will continue to send your statements through U.S. Mail.

If you would like to change your delivery preference, sign on at wellsfargo.com or the Wells Fargo mobile app and go to Update Contact Information or call us at 1-800-956-4442, 24 hours a day, 7 days a week.

Account number:        0113   ■   November 9, 2017 - December 8, 2017   ■   Page 3 of 3

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.   $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

11/9/2017 to 11/30/2017          **WFB Reconciliation**
                                 **0113 - Checking**

| | |
|---|---:|
| Beginning Balance on 11/9/2017 | 24.77 |
| Checks/Withdrawals (Cleared) | -760.00 |
| Deposits (Cleared) | 745.98 |
| Checks/Withdrawals (Uncleared) | 0.00 |
| Deposits (Uncleared) | 0.00 |
| Ending Balance on 11/30/2017 | **10.75** |

**CHAPTER 11 MONTHLY OPERATING REPORT -**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet**

Case No.     17-40989                              Report Month/Year  11/09/17 to 11/30/17
Debtors      Paul & Mikki Hathaway

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**     Zions Bank (post-petition account)     (Opened November 14, 2017)
**Account number:**             ****9801

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | | $0.00 |
| Add: | Transfers in from other estate bank accounts | $433.60 |
| | Cash receipts deposited to this account | $3,006.17 |
| Subtract: | Transfers out to other estate bank accounts | $1,000.00 ** |
| | **Cash disbursements** from this account | $45.75 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | | $  $2,394.02 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | | $  $2,394.02 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | ☐ | **X** |
| ● Bank statement | **X** | ☐ |
| ● Bank reconciliation | **X** | ☐ |

** Check written to WFB DIP to open account on 12/4/2017

UST-2C
Continuation Sheet
January 2009

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: December 11, 2017
Last Statement: November 13, 2017

Primary Account        9801

0017920            1746-06-1000-ZFN-PC0021-00000

PAUL J HATHAWAY
MIKKI JAN HATHAWAY
CASE# 17-40989
DEBTOR IN POSSESSION
335 N 2149 E
SAINT ANTHONY ID  83445-5625

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Anytime Checking | 9801 | $4,821.00 | |

### ANYTIME CHECKING    9801

600   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 5,866.75 | 45.75 | 1,000.00 | 4,821.00 |

#### 10  DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 11/14 | 34.15 | DEPOSIT 7676193249 |
| 11/14 | 90.95 | DEPOSIT 7676193101 |
| 11/14 | 132.55 | DEPOSIT 7676193251 |
| 11/14 | 175.95 | DEPOSIT 7676193246 |
| 11/27 | 852.50 | DEPOSIT 7676334843 |
| 11/27 | 1,366.89 | DEPOSIT 7676272203 |
| 11/28 | 760.00 | DEPOSIT 7676093834 |
| 11/30 | 26.78 | DEPOSIT 7676107857 |
| 12/04 | 207.60 | DEPOSIT 7676328495 |
| 12/06 | 2,219.38 | DEPOSIT 7676158272 |

#### 1  CHARGE/DEBIT

| Date | Amount | Description |
|---|---|---|
| 12/04 | 45.75 | FARMERS N W LIFE INS. P *******18 REF # 017335003586405  1129320320 |

#### 1  CHECK PROCESSED

| Number | Date | Amount |
|---|---|---|
| 9900638 | 12/04 | 1,000.00 |

#### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of ZB, N.A. Member FDIC

0017920-0000001-0034210

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS** As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CHECK RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

**For electronic transfers:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**

Review account balances • Review posted transactions • Pay bills • Transfer funds

**Call 1-800-840-4999 to enroll today**

**ZIONS BANK**®

P.O. Box 30709, Salt Lake City, UT 84130-0709

December 11, 2017
PAUL J HATHAWAY
9801

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/14 | 433.60 | 11/28 | 3,412.99 | 12/04 | 2,601.62 |
| 11/27 | 2,652.99 | 11/30 | 3,439.77 | 12/06 | 4,821.00 |

A division of ZB, N.A. Member FDIC

0017920-0000002-0034211

This page intentionally left blank

0017920-0000002-0034211

11/9/2017 to 12/04/2017          **Zions Reconciliation (DIP)**
                                 **9801 - Checking**

| | |
|---|---:|
| Beginning Balance on 11/9/2017 | 0.00 |
| Checks/Withdrawals (Cleared) | 0.00 |
| Deposits (Cleared) | 3439.77 |
| Checks/Withdrawals (Uncleared) | -1045.75 |
| Deposits (Uncleared) | 2426.98 |
| Ending Balance on 12/04/2017 | **4821.00** |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No.                    17-40989                          Report Month/Year    11/09/17 to 11/30/17
Debtors: Paul & Mikki Hathaway

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of tax | 1 Unpaid post-petition taxes from prior reporting month | 2 Post-petition taxes accrued this month (new obligations) ** | 3 Post-petition tax payments made this reporting month | 4 Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | 0.00 | 462.00 | | 462.00 |
| Employee FICA taxes withheld | 0.00 | 343.39 | | 343.39 |
| Employer FICA taxes | 0.00 | 343.39 | | 343.39 |
| Unemployment taxes | 0.00 | | | 0.00 |
| Medicare | 0.00 | 80.31 | | 80.31 |
| **State** | 0.00 | | | |
| Sales, use & excise taxes | 0.00 | | | 0.00 |
| Unemployment taxes | 0.00 | | | 0.00 |
| Income Tax withheld | 0.00 | 214.00 | | 214.00 |
| **Local** | | | | |
| Personal property taxes | 0.00 | | | 0.00 |
| Real property taxes | 0.00 | | | 0.00 |
| Other:_____ | | | | 0.00 |
| **Total unpaid post-petition taxes** | | | | 1,443.09 |

**Payments to Attorneys and Other Professionals** (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| None | | | | 0 |
| | | | | |
| | | | | |

**Payments to Principals of Debtor and Other Insiders** (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, advance, draw, |
|---|---|---|---|
| None | | 0 | |
| | | | |
| | | | |

**Insurance Coverage Summary**

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property:  Debtors' Home | Farmers Insurance | Dwelling    $1,124,000 | 2/17/18 | 2/17/18 |
| | | Personal Prop  $786,800 | 2/17/18 | 2/17/18 |
| | | Per. Liability  $500,000 | 2/17/18 | 2/17/18 |
| | | Sep. Structures  $112,400 | 2/17/18 | 2/17/18 |
| | | Loss of Use  $337,200 | 2/17/18 | 2/17/18 |
| | | Med. To Others  $1,000 | 2/17/18 | 2/17/18 |
| Vehicle: 1988 Mitsubishi 2159 | Farmers Insurance | $250,000/$500,000 | Continuous until cancelled | |
| Vehicle: 2009 Hyundai 9477 | Farmers Insurance | $250,000/$500,000 | Continuous until cancelled | |
| Vehicle: 2013 BMW 6323 | Farmers Insurance | $250,000/$500,000 | Continuous until cancelled | |
| Vehicle: 2014 Infiniti 2297 | Farmers Insurance | $250,000/$500,000 | Continuous until cancelled | |
| Vehicle: 2004 Oldsmobile 7550 | Farmers Insurance | $250,000/$500,000 | 6/5/18 | 6/5/18 |
| Other:  Life Insurance - Jeniece Hathaway | Mass Mutual | $100,000.00 | | |
| Other: Term Life - Paul Hathaway | Farmers New World Life | $300,000.00 | 2021 | |
| Other: Term Life - Mikki Hathaway | Farmers New World Life | | | |
| Other: | | | | |
| Other: | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

** Paid through withholding by Hathaway Homes Group, LLC

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No.          17-40989                           Report Month/Year <u>11/09/17 to 11/30/17</u>
Debtors: Paul and Mikki Hathaway

**Accounts Receivable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  | 0 |
| Post-petition receivables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  | 0 |
| Other Payables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 0 | 0 |
| Number of employees at end of month | 0 | 0 |

**Other Information**

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts**<br>Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ☐ | **X** |
| **Sale of Assets**<br><br>Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchaser, sale price, net proceeds received, and date of court approval.* | ☐ | **X** |
| **Post-Petition Financing**<br>Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ☐ | **X** |

**Narrative**
*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

|  |
|---|
|  |
|  |
|  |
|  |
|  |

United States Trustee-District of Idaho