# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:                                        )    Case No. 17-40989-JDP
                                              )    Chapter 11
PAUL J. HATHAWAY and                          )
MIKKI JAN HATHAWAY,                           )
                                              )
             Debtors.          )

## MINUTES OF 341(a) MEETING OF CREDITORS

Date of Meeting:  January 5, 2018   Location of Meeting: Pocatello, Idaho
Recorder Track No: 3.

- ☒ Debtor(s) sworn & examined.
- ☒ Debtor(s)' attorney ☒ Present ☐ Not present ☐ *Pro Se*
- ☒ Schedules & Statements filed.
- ☒ Debtor(s) advised of United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements.

**Debtor Identification Issues:** ☒ None
- ☐ No Photo ID.                    ☐ ID does not match petition.
- ☐ No proof of SSN                 ☐ Debtor to file amended petition.

**Action Items:** ☒ None
- ☐ 341(a) Meeting Continued to:
- ☐ Dismiss for:
  - ☐ Non-appearance of Debtor.
  - ☐ ID does not match petition.

**Additional Information:** See attached list of creditors.

Date: January 8, 2018

_____
MARY P. KIMMEL
Attorney for United States Trustee

341 Meeting of Creditors January 5, 2018

→ All Terrain LLC  17-40999-JDP
→ Hathaway Homes Group LLC  17-40992-JDP
→ Paul J. Hathaway and Mikki Jan Hathaway
　　　　　　　　　　　　　　　17-40989-JDP

| NAME | Creditor |
|---|---|
| Janet Nelson | ✓ |
| Ron Nelson | ✓ |
| Jodie Lemon | ✓ |
| Ron Kerl | Atty for Jodie Lemon |
| Gerald Wilson | Creditor |
| Hazel " | " |
| Michael Jewell | TAG Lending, LLC |
| DEBBIE Chappart | Self |
| Jon Stenquist | TJ-2 Holdings, LLC |
| TRUDI WEST | Self |
| Trudi Bcheeseaug | Self |
| Michael Whyte | Ron Nelson |
| Daniel C Green | TAG Lending, LLC |
| Hyrum Erickson | Robert Edwards |