Robert J. Maynes, ISB No. 6905
**MAYNES TAGGART PLLC**
P.O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email:  rmaynes@maynestaggart.com

*Counsel for Mikki Jan Hathaway*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 17-40989 JMM |
|---|---|
| HATHAWAY, PAUL J (deceased), and HATHAWAY, MIKKI JAN, | Converted Chapter 7 |
| Debtors/Debtors-in-Possession. | |

**MOTION TO ABANDON PROPERTY OF THE ESTATE; AND**

**NOTICE OF INTENT TO PRESENT EVIDENCE/TESTIMONY**

COMES NOW, Mikki Jan Hathaway ("Debtor"), in her individual capacity and as the surviving spouse of Paul J Hathaway (deceased), by and through her attorney of record, Robert J. Maynes of Maynes Taggart PLLC, and hereby moves this Court for an Order of Abandonment pursuant to 11 USC § 554(b), Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rule 6007.1.  The Debtor moves this court for an order authorizing and requiring the Trustee to abandon the Debtors' residence/homestead due to the lack of available equity for the estate, as follows:

1.  The chapter 11 petition in this case was filed on November 7, 2017. Dkt. 1.

2.  The Hathaways claimed a homestead exemption in their residence and surrounding curtilage with outbuildings—collectively the homestead property the Trustee

proposes to sell—in the amount of "100% of fair market value, up to any applicable statutory limit". Dkt. 34 at p. 20, Para. 2, filed December 8, 2017.

3. The chapter 11 case converted to a chapter 7 case on February 27, 2019. Dkt. 275.

4. No objection to the claim of the full homestead exemption has ever been filed.

5. The entire homestead consists of the home and two acres, together with the curtilage, outbuildings and surrounding fourteen acres (collectively, the "homestead"). Washington Federal and ICCU both have liens on the home and two acres, but not on the balance of the homestead. In turn, MAM Revocable Trust U/A/D Feb 5, 2008 ("MAM") only has a lien on curtilage and outbuildings, but not on the home and two acres.

The following chart demonstrates:

| | HOMESTEAD ANALYSIS | |
|---|---|---|
| | Home (2 Acres)$^1$ | Remaining Curtilage and Outbuildings (14 acres) |
| Fair Market Value (as of 11/9/2017) | *TBD* | *TBD* |
| Washington Federal | ($218,648.49)$^2$ | No interest |
| Idaho Central Credit Union | ($346,607.50)$^3$ | No interest |
| MAM | No interest | ($147,108.67)$^4$ |
| **EXEMPT EQUITY** | ***TBD*** | ***TBD*** |

6. Washington Federal and ICCU's liens equal a total encumbrance on the home and two acres of $565,255.99. Mrs. Hathaway respectfully asserts that the home and two acres represent the overwhelming majority of value in the homestead property, likely

---

[1] Washington Federal and ICCU equal total encumbrance on the home and two acres of only $565,255.99.
[2] See Para. 2.7, Dkt. 34 at pp. 39-40 of 101.
[3] See Para. 2.1, Dkt. 34 at p. 37 of 101.
[4] MAM's lien presents a further complexity in that it was cross-collateralized with non-estate property. This amount represents the lien, net of the cross-collateralized parcel. See Proof of Claim 26, Part 2, filed 4/2/2018 at p. 1 of 15.

MOTION TO ABANDON PROPERTY OF THE ESTATE - CASE NO. 17-40989-JMM
Page No. 2

well in excess of the encumbrances on the home and two acres. In other words, it is anticipated that there is exempt equity in the home and two acres using the market value as of the date of the petition.[5]

7. The Trustee's Sale Motion (Dkt. 393) indicates there is only $55,720.00 in equity, <u>without accounting for the homestead exemption</u>. Mrs. Hathaway has a $100,000.00 homestead exemption, leaving no equity for the estate. *See Debtor's Objection to Trustee's Sale Motion* (Dkt. 398) ("Objection"). The Objection is incorporated herein by reference.

8. Additionally, Trustee has stipulated to stay relief on the subject property, effective April 16, 2020 if the sale is <u>not</u> approved. *See Stipulation for Stay Relief* (Dkt. 388). Stay relief has also been anticipated for the benefit of MAM. *See Stipulation for Adequate Protection (*Dkt. 110).

As such, the homestead property should be abandoned by the Trustee as burdensome to the estate and/or of inconsequential value and benefit to the estate, pursuant to 11 U.S.C. § 554.

**NOTICE OF INTENT TO PRESENT EVIDENCE/TESTIMONY**

YOU ARE HEREBY GIVEN NOTICE, pursuant to Rule 9014.1 of the Local Rules of Bankruptcy Procedure, that Debtors' Counsel may present testimony and evidence at the hearing on the foregoing.

DATED:    March 17, 2020

MAYNES TAGGART PLLC

*/s/ Robert J. Maynes, Esq.*
Robert J. Maynes, Esq.

---

[5] Similarly, there may also be exempt equity in the curtilage after deducting the value of cross-collateralized parcel.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on March 17, 2020, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Aaron J Tolson on behalf of Hathaway Homes Group, LLC - ajt@aaronjtolsonlaw.com

Amber Kauffman, Deputy Attorney General – amber.kauffman@tax.idaho.gov

Brent Russel Wilson on behalf of Creditor NextGear Capital, Inc. and Paragon Financial Investments, LLC - bwilson@hawleytroxell.com, cdavenport@hawleytroxell.com

Brian T Tucker on behalf of Creditor MAM Revocable Trust U/A/D Feb 5, 2008 - bttucker@nhptlaw.net

Brian W Hockett on behalf of TCF Equipment Finance – bhockett@thompsoncoburn.com

Daniel C Green on behalf of Creditor TAG Lending, LLC - dan@racinelaw.net; rag@racinelaw.net; hml@racinelaw.net

David Wayne Newman on behalf of U.S. Trustee US Trustee - ustp.region18.bs.ecf@usdoj.gov

Gary L Rainsdon on behalf of Trustee Gary L Rainsdon – trustee@filertel.com; id12@ecfcbis.com; tinal@filertel.com; lori@filertel.com; kelliw@filertel.com

Heidi Buck Morrison on behalf of Creditor TAG Lending, LLC - hbm@racinelaw.net, mcl@racinelaw.net

Hyrum Dean Erickson on behalf of Creditor Robert Edwards, Interested Party Brian Schuldies - herickson@rex-law.com

Janine Patrice Reynard on behalf of Creditor Northpoint Commercial Finance LLC jpr@magicvalleylaw.com; janine@reynardtrustee.com; jreynard@ecf.epiqsystems.com

Jared Michael LeFevre on behalf of Creditor 21st Century Mortgage Corporation jlefevre@crowleylaw.com; acowen@crowleyfleck.com

Jason Ronald Naess on behalf of Interested Party Gary Rainsdon - jason@pmt.org

Jay A Kohler on behalf of All Terrain LLC - cindy@kohlerlawif.com

Jon A Stenquist on behalf of Creditor TJ-2 Holdings, LLC –
jstenquist@parsonsbehl.com; ecf@parsonsbehle.com; docketing@parsonsbehle.com;
mserr@parsonsbehle.com

Kirk J Houston on behalf of Creditor John Thorson and Philip Thorson
kjhouston@hollandhart.com; slgust@hollandhart.com;
boiseintaketeam@hollandhart.com

Kirsten A. Ocker on behalf of Idaho State Insurance Fund – Kirsten.ocker@idahosif.org

Louis Vaughn Spiker on behalf of Creditor Northpoint Commercial Finance LLC
lvs@magicvalleylaw.com

Mark Bradford Perry on behalf of Creditor Wells Fargo Bank, N.A.
mbp@perrylawpc.com; info@perrylawpc.com; tlh@perrylawpc.com;
plr@perrylawpc.com; jks@perrylawpc.com; tay@perrylawpc.com

Mark W Buckwalter on behalf of Creditor Ken Wallace - mark@buckwalterlawfirm.com

Noah G. Hillen, Chapter 7 Trustee – hgn@hillenlaw.com; dlr@hillenlaw.com;
llm@hillenlaw.com; sellassets@ecf.inforuptcy.com; id14@ecfcbis.com

Matthew Todd Christensen on behalf of Creditor TCF Equipment Finance
mtc@angstman.com, mtcecf@gmail.com; govai@angstman.com;
megan@angstman.com; ecf@angstman.com; atty_christensen@bluestylus.com

Michael J Whyte on behalf of Plaintiff KP Investments, LLC and Janet Nelson and
Robert Nelson - whyte@thwlaw.com, stark@thwlaw.com

R Ron Kerl on behalf of Creditors: Preston Mobile Investments, LLC and Jodie Lemon
Ron@cooper-larsen.com; kelli@cooper-larsen.com, bobbi@cooper-larsen.com

Robert A Faucher on behalf of Creditor John Thorson and Philip Thorson
rfaucher@hollandhart.com; boiseintaketeam@hollandhart.com;
sptuner@hollandhart.com

Sheila Rae Schwager on behalf of Creditor NextGear Capital, Inc.
sschwager@hawleytroxell.com; cdavenport@hawleytroxell.com

Stephanie Nicole Guyon on behalf of Interested Party State of Idaho
stephanie.guyon@ag.idaho.gov, Teresa.taylor@ag.idaho.gov

Terry C. Copple on behalf of Creditor Washington Federal -
tc@davisoncopple.com; band@davisoncopple.com; tccasst@davisoncopple.com

Thomas D. Smith on behalf of Trustee R. Sam Hopkins – tsmith8206@cableone.net

Trevor L Hart on behalf of Creditor Wells Fargo Bank, N.A. - tlh@perrylawpc.com; jks@perrylawpc.com; mbp@perrylawpc.com; taw@perrylawpc.com

US Trustee - ustp.region18.bs.ecf@usdoj.gov

William M. Humphries on behalf of IRS – bill.humphries@usdoj.gov; Jessica.black@usdoj.gov

William R Forsberg on behalf of Interested Party Wade Hathaway forsbergw@cableone.net; krmunoz@forsberglawoffices.com

And as otherwise noted on the Court's Notice of Electronic Filing.

        /s/ *Theresa G. Carson*
        Theresa G. Carson
        Legal Assistant

    I HEREBY CERTIFY FURTHER that on March 17, 2020, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail:

  SEE ATTACHED LIST OF CREDITORS

    Dated:  March 17, 2020

        /s/ *Theresa G. Carson*
        Theresa G. Carson
        Legal Assistant